IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JAMES DOLAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-166C |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of A. Bondurant Eley, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 616-8254
Fax: (202) 514-8624
E-mail: Bondurant.Eley@usdoj.gov

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: March 23, 2007

s/ A. Bondurant Eley

A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of March, 2007, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ A. Bondurant Eley
A. BONDURANT ELEY