IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL E. DOLAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No. 07-166C |
| | ) | (C.O.C.Miller) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant, | ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTIONS TO DISMISS OR IN THE ALTERNATIVE TO STAY PROCEEDINGS**

Plaintiff-Dolan moves for an extension of 10 days to August 13, 2007, to jointly respond to defendant's motions to dismiss or for remand. This is Dolan's third extension request, the previous granted to August 3. Defendant consents to the motion.

Unforeseen extended illness and computer difficulties have delayed completion of Dolan's response. Counsel regrets any inconvenience caused the Court and opposing counsel.

As noted in the prior motion, counsel was recovering from injuries to his arm and hand after an accident. Sparing graphic detail, counsel incurred medical complications this week. He returned for emergency treatment, and new sutures in his hand. Exempla Lutheran Medical Center, Denver.

Secondly, counsel is preparing Dolan's motion for summary judgment responsive to defendant's motions to dismiss or to remand. Defendant did not file any administrative record. To properly respond, Dolan's counsel compiled over 250 pages to comprise his exhibits and appendix. Counsel experienced computer and software difficulties to meet the ECF requirements in the COFC to digitally compress these attachments. The compression requirements vary somewhat from counsel's past ECF experience in U.S. District Court (D.D.C.). Counsel required new software and assistance from a consultant.

Thirdly, counsel this week in Millican v. United States, 06-1582 (D.D.C.) had to conduct legal research, consult with the client, and file a status report.

WHEREFORE, Dolan respectfully requests that the Court grant an enlargement of time of 10 days, up to and including August 13, 2007, to submit his joint response.

August 3, 2007

Respectfully submitted,

a/s John A. Wickham
Counsel for Plaintiff-Dolan
32975 Saint Moritz Drive
Evergreen CO 80439
303 670-3825