IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-166C (Judge C.O.C. Miller)

PAUL E. DOLAN

Plaintiff,

v.

THE UNITED STATES

Defendant,

**PLAINTIFF'S EXHIBIT B**

August 3, 2007

John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO 80439-6720
(303) 670-3825
Counsel for plaintiff

EXHIBIT B, TABLE OF CONTENTS

Memorandums, February 7, 2001, and February 12, 2001, Secretarial Action and Notice on Officer Elimination (re Maj Dolan)....................................................................12-13

Army Message (February 13, 2001), and Separation Orders (February 22, 2001)..............14, 15-16

DEPARTMENT OF THE ARMY
OFFICE OF THE ASSISTANT SECRETARY
MANPOWER AND RESERVE AFFAIRS
111 ARMY PENTAGON
WASHINGTON DC 20310-0111

February 7, 2001

REPLY TO
ATTENTION OF

MEMORANDUM FOR THE ACTING SECRETARY OF THE ARMY

SUBJECT: Officer Elimination (Dolan, Paul E., 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, Major, MP, AGR)

The Assistant Secretary of the Army (Manpower & Reserve Affairs) acts on elimination cases involving officers who have at least 18 years of active Federal service at time of separation and who are not eligible for regular retirement. Since there is no Assistant Secretary, absent a new delegation of authority, Office of the General Counsel recommends that you decide the enclosed elimination case concerning Major Paul E. Dolan.

If Major Dolan's enclosed elimination is approved, he will not be eligible for regular retirement. He has received his "20-year letter" and will be eligible for non-regular retirement at age 60. Major Dolan's elimination is based on an absence without leave from on or about October 6, 1998, until on or about November 1, 1998, and a false sworn statement. You may direct elimination with an honorable discharge; elimination with a general (under honorable conditions) discharge; or retention on active duty.

The Board of Inquiry; Commanding General, 25th Infantry Division Light and U.S. Army, Hawaii; Commanding General, U.S. Army, Pacific; Board of Review, Deputy Assistant Secretary (Army Review Boards) and I recommend approval with a characterization of under honorable conditions (general discharge). The Office of General Counsel has no legal objection.

John P. McLaurin III

Enclosure

DECISION:
APPROVED: GR 8 Feb 01
DISAPPROVED: ____________
OTHER: ____________

DEPARTMENT OF THE ARMY
OFFICE OF THE ASSISTANT SECRETARY
MANPOWER AND RESERVE AFFAIRS
1941 JEFFERSON DAVIS HIGHWAY 2ND FLOOR
ARLINGTON VA 22202-4508

12 FEB 2001

SAMR-RB

MEMORANDUM FOR COMMANDER, U.S. TOTAL ARMY PERSONNEL COMMAND

SUBJECT: Officer Elimination Case
(DOLAN, Paul E., 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, MAJ, MP, USAR/AGR)

On 20 April 2000, a Board of Inquiry met and recommended that Major Paul E. Dolan, 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, MP, USAR/AGR, be discharged based on misconduct, moral or professional dereliction, with a General (Under Honorable Conditions) Discharge.

On 18 January 2001, the Department of the Army Board of Review for Eliminations met and recommended that Major Dolan be eliminated from the United States Army based on misconduct, moral or professional dereliction, with a General (Under Honorable Conditions) Discharge.

On 8 February 2001, the Acting Secretary of the Army accepted the Boards' recommendations to eliminate Major Dolan from the United States Army with a General (Under Honorable Conditions) Discharge.

Karl F. Schneider
Deputy Assistant Secretary
(Army Review Boards)

Printed on Recycled Paper

13

----- Forwarded message # 1:

AMS-MSG-NBR: A730440050
date: TUE, 13 FEB 1973, 15:51:37 LOCAL
from: CDRPERSCOM ALEXANDRIA VA //TAPC-PDT-PM//@ams
cc: apm,
mr
subject: [R] SEPARATION

RTAUZYUW RUEAHOF8072 0441856-UUUU--RUERNQA.
ZNR UUUUU
R 130932Z FEB 01
FM CDRPERSCOM ALEXANDRIA VA //TAPC-PDT-PM//
TO RUEASCO/CDR25THINFDIV L SCHOFIELD BARRACKS HI//APVG-PA-PA//
RHMFIUU/CDR25THINFDIV L SCHOFIELD BARRACKS HI//APVG-PA-PA//
INFO RUERNQA/CDRARPERCEN ST LOUIS MO//ARPC-ARO//
BT
UNCLAS
SUBJECT: SEPARATION

1. THE DEPUTY ASSISTANT SECRETARY (ARMY REVIEW BOARDS) APPROVED THE ELIMINATION OF MAJ PAUL E. DOLAN, 0040-52-1419, USAR, AGR, FROM THE ARMY ON 12 FEB 01.

2. REQUEST YOUR HQ ISSUE OR DIRECT ISSUANCE OF ORDERS EFFECTING OFFICER'S DISCHARGE. OFFICER WILL BE DISCHARGED UNDER HONORABLE CONDITIONS WITH A GENERAL DISCHARGE CERTIFICATE DD FORM 256A (FORMAT 500 OR 501). DD FORM 214 WILL BE PREPARED IAW AR 635-5. AUTH FOR SEPARATION WILL CITE THIS MSG AND AR 600-8-24, PARA 4-2B (MISCONDUCT, MORAL OR PROFESSIONAL DERELICTION) SPD JNC (JULIETT NOVEMBER CHARLIE) WILL BE IAW AR 635-5-1.

3. DISCHARGE WILL BE COMPLETED ASAP BUT NLT 21 CALANDER DAYS AFTER THE OFFICER IS OFFICIALLY NOTIFIED OF THIS ACTION. HOWEVER, IN NO



EVENT WILL DISCHARGE BE DELAYED PAST 30 DAYS FROM DTG THIS MESSAGE.

4. ACKNOWLEDGE RECEIPT NLT 10 DAYS FROM DTG THIS MESSAGE. YOUR ACKNOWLEDGEMENT WILL INCLUDE THE DATE THE OFFICER WAS NOTIFIED OF THIS ACTION AND THE OFFICER'S ANTICIPATED SEPARATION DATE.

5. FORWARD THIS HQS, ATTN: TAPC-PDT-PM, (MS. RUANE) EMAIL: RUANEH@HOFFMAN.ARMY.MIL OR FAX DSN 221-0874 ONE COPY OF DISCHARGE ORDERS AND FOWARD FINAL DA FORM 268 IAW AR 600-8-2 TO CDRPERSCOM,



ATTN: TAPC-MSP-F, WITHIN 10 DAYS AFTER OFFICER'S DISCHARGE.
BT

----- End of forwarded messages

----- End of forwarded messages

14

DEPARTMENT OF THE ARMY
U.S. ARMY RESERVE PERSONNEL COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

ARPC-PSP-0550
ORDERS C-02-700281

22 February 2001

DOLAN, PAUL E., 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, MAJ, U.S. Army Reserve Personnel Command (AR-PERSCOM), St. Louis, MO 63132-5200, atch to HQ 9TH REGIONAL SUPPORT COMMAND (W7QSAA) Honolulu, HI 96819-2135 w/dy SAME

You are reattached as shown for separation processing.

Attached to: United States Army Transition Point, (W3RB1A) Schofield Barracks, HI 96857-6000
Reporting date: NLT 0800 hours, 13 March 2001 Requires Two Days For Outprocssing
Released from attachment to: Same as SNL
Additional instruction:
(a) You are required to clear installation prior to departure.
(b) You are not authorized movement of dependents to Transition Point at government expense.
(c) Upon receipt of these orders, you are required to contact Transition Point.
(d) Soldier will hand-carry Health and Dental Records to the Transition Point.
(e) Upon completion of transition processing, MPRJ will be forwarded to Commander, AR-PERSCOM, ATTN: ARPC-CIS-PV, 1 Reserve Way, St. Louis, MO 63132-5200.

ARMY USE:
Auth: AR 600-8-24; Do not access into the strength of the Active Army
Accounting classification: 2112070 23-6100 P4H10.1000 (1198-1199-1210-1250-21T1-21T2) PRAG S99999
HOR: Stratford, CT
Place EAD or OAD: Indianapolis, IN
Scheduled date of Separation: 14 March 2001
Comp: United State Army Reserve Active Guard Reserve
PEBD: Not Applicable
Format: 454

DISTRIBUTION: B1

1-Commander, AR-PERSCOM, ATTN: ARPC-AR, 1 Reserve Way, St Louis, MO 63132-5200

1-Cdr, HQ 9TH REGIONAL SUPPORT COMMAND, 1557 Pass Street, Honolulu, HI 96819-2135

1-Cdr, U.S. ARMY PACIFIC, ATTN: APAG-RC, Ft Shafter, Honolulu, HI 96819-2135

1-Cdr, US Army Transition Point, ATTN: APVG-PA-MPD-PT, Bldg 2037, Ft Schofield Barracks, HI 96857-6000

1-FAO, Schofield Barracks, HI 96857-6000

1-MAJ Paul E. Dolan, PO Box 30227, Honolulu, HI 96820

16