IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-166C (Judge C.O.C. Miller)

PAUL E. DOLAN

Plaintiff,

v.

THE UNITED STATES

Defendant,

**PLAINTIFF'S EXHIBIT C**

August 3, 2007

John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO 80439-6720
(303) 670-3825
Counsel for plaintiff

EXHIBIT C, TABLE OF CONTENTS

Department of Army Form 3947,Medical Evaluation Board proceedings (re Maj Dolan), March 8, 14, 26, 2001....................17-21

Department of Army Form 3349, Physical profile, (re Maj Dolan), March 13-14, 2001................22

Letter, March 12, 2001, from Dr. Denis Mee-Lee to Tripler Army Medical Center, Department of Psychiatry (re Maj Dolan)....................22-A

Memorandum, March 13, 2001, Request for Extension and Affidavit, by LTC Montgomery, Chief of Patient Administration Division, Tripler Army Medical Center (re Maj Dolan)....................23-25

Standard Form 600, 14 March 2001, Report of Medical History questionnaire by Maj Dolan, "Retirement Physical (MEB)"....................25A, B, C

Memorandum, March 15, 2001, Recommended Disapproval of Medical Retention, point of contact for the action is Major Alverez....................26

# MEDICAL EVALUATION BOARD PROCEEDINGS

For use of this form, see AR 40-3; the proponent agency is the Office of The Surgeon General.

MEDICAL TREATMENT FACILITY: TAMC

DATE:

| 1. NAME *(Last, First, MI)* | 2. GRADE | 3. SSN | 4. COMPONENT |
|---|---|---|---|
| DOLAN, PAUL EUGENE | MA/04 | 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 | AD/USA |

| 5. DEPARTMENT | 6. SEX | 7. DATE OF BIRTH | 8. ORGANIZATION |
|---|---|---|---|
| U.S. ARMY | M | 22 DEC 54 | 9TH RSC (PROV) |

| 9. TOTAL YEARS OF MILITARY SERVICE a. ACTIVE | b. INACTIVE | 10. DATE ENTERED CURRENT TOUR OF ACTIVE DUTY | 11. MILITARY OCCUPATIONAL SPECIALITY *(include code)* |
|---|---|---|---|
| 18 | 2 | 01 NOV 98 | 31-A MILITARY POLICE. |

**ACTION BY THE BOARD**

*BY DIRECTION OF THE APPOINTING AUTHORITY.*
*THE BOARD CONVENED TO EVALUATE THE PATIENT IDENTIFIED ABOVE*

12. The patient ☒ did ☐ did not present views in own behalf. *(When presented, attach a summary of the patient's comments to the report)*

13. DIAGNOSIS

| AFTER CONSIDERATION OF CLINICAL RECORDS, LABORATORY FINDINGS, AND PHYSICAL EXAMINATION, THE BOARD FINDS THAT THE PATIENT HAS THE FOLLOWING MEDICAL CONDITIONS/DEFECTS. LIST ALL DIAGNOSIS. USE JOINT ARMED FORCES TERMINOLOGY AND DIAGNOSTIC CODE(S). a | APPROXIMATE DATE OF ORIGIN b | INCURRED WHILE ENTITLED TO BASE PAY c | | EXISTED PRIOR TO SERVICE d | | PERMANENTLY AGGRAVATED BY SERVICE e | |
|---|---|---|---|---|---|---|---|
| | | YES | NO | YES | NO | YES | NO |
| 1. Left shoulder stiffness, post op repair of labral tear. AR 40-501 | NOV 2000 | X | | | X | X | |
| 2. Bilateral patellofemoral compression syndrome. AR 40-501. | | X | | | X | X | |
| 3. Mild right acromio-clavicular arthritis.AR 40-501. | 29 SEP 00 | X | | | X | X | |

14. The board recommends that the patient be:

☐ Returned to duty
☐ Returned to duty with the following limitations:

☐ Referred to a Physical Evaluation Board (PEB)
☐ Other *(specify)*

15. The patient ☐ does ☐ does not desire to continue on active duty under AR 635-40. *(Complete only when patient is referred to PEB)*

16. Continuance on active duty under provisions of AR 635-40 ☐ is ☐ is not medically contraindicated. *(Complete when answer to item 15 is affirmative)* Enter assignment limitations in Item 30.

| 17. TYPED NAME AND GRADE OF PHYSICIAN | SIGNATURE |
|---|---|
| RICHARD A. SCHAEFER, MD, LTC, MC. | [signature] LTC, MC |
| 18. TYPED NAME AND GRADE OF PHYSICIAN DAVID H. KIM, MD, MAJ(P), MC. | SIGNATURE [signature] |
| 19. TYPED NAME AND GRADE OF PHYSICIAN | SIGNATURE |

**ACTION BY THE APPROVING AUTHORITY**

20. ☐ The findings and recommendation of the board are approved.

21. ☐ The report of the board is returned for reconsideration.

22. ☐ The report of the board is forwarded to: ____________ Comments are attached as inclosure ____

| 23. TYPED NAME, GRADE AND TITLE OF APPROVING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| RICHARD R. JEFFRIES, CAPT, MC, USN, DCCS. | | |

**ACTION BY PATIENT**

24. I have been informed of the approved findings and recommendation of the board.

☐ I agree with the board's findings and recommendation.

☐ I do not agree with the board's findings and recommendation. My appeal is attached as inclosure ________.

| 25. TYPED NAME, GRADE AND SSN | SIGNATURE | DATE |
|---|---|---|
| PAUL EUGENE DOLAN, MAJ/04, 20/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 | | |

**FURTHER ACTION BY APPROVING AUTHORITY**

26. ☐ The appeal has been considered and the original findings and recommendation are confirmed.

27. ☐ The appeal has been considered and the report of the board is returned for reconsideration. Attach further action as inclosure ________.

27. ☐ The appeal has been considered and the report of the board is forwarded to: ____________. Comments are attached as inclosure ________.

| 29. TYPED NAME, GRADE AND TITLE OF APPROVING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| | | |

30. CONTINUATION *(Identify by item number)*

USAPPC V1.00

# Medical Evaluation Board

**Patient Name:** DOLAN,PAUL EUGENE

**Date of Examination:** 03/08/2001

**Military History:** He has pending general discharge under honorable conditions. He has 18 years of active federal service. He is currently an AGR Officer.

**Chief Complaint:** Left shoulder pain and bilateral knee pain.

**Source of Referral:** Physician-directed MEB. This MEB is directed by the treating Orthopedic physician.

**Evaluation Status:** Outpatient.

**History of Present Illness:** Major Dolan is a 46-year-old male who has had left shoulder pain for several months. He described the pain as occurring after a PT test. It bothered him with forward elevation of the shoulder despite physical activity and activity modifications. In November 2000, he underwent left shoulder arthroscopy with arthroscopic repair of a superior labral tear. He also had an open distal clavicle resection for treatment of symptomatic acromioclavicular arthritis. The shoulder has improved somewhat after surgery, but he has limited range of motion. The right shoulder has some similar symptoms. He also complains of bilateral knee pain with sitting for long periods of time or running.

**Past History and Review of Systems:**

**Physical Examination:** Active range of motion of the left shoulder is limited to approximately 80 degrees of forward elevation and abduction. Internal rotation is to the left buttocks. The right shoulder has forward elevation and abduction of approximately 110 to 120 degrees. He has a well-healed scar over the left shoulder. He does have some mild tenderness about the left shoulder. The knees have range of motion from 0 to 135 degrees. There is pain at patellofemoral compression. There is no joint line tenderness or signs of ligamentous laxity.

**Laboratory Data and Imaging Studies:** Bilateral knee x-rays on 9 March 2001 shows normal knees. MRI of the left shoulder on 23 June 2000 shows superior labrum, anterior-posterior tear. Bone scan on 29 September 2000 shows mild right greater than left radiopharmaceutical uptake in the acromio-clavicular joints. X-rays of the right shoulder on 9 March 2001 are unremarkable. Left shoulder shows postsurgical changes with resection of the distal clavicle. There is evidence of a suture anchor in the superior glenoid from the previous repair. This has some surrounding lucency, consistent with postsurgical changes.

**Consultations:** None.

**Diagnoses:**
1. Stiffness, left shoulder after repair of a labral tear.
2. Bilateral patellofemoral compression syndrome.
3. Mild right acromio-clavicular arthritis.

# Medical Evaluation Board

**Present Condition:**
1. Pain, bilateral shoulders with loss of range of motion.
2. Bilateral knee pain especially with sitting.

**Current Functional Status:**

**Conclusion:** The service member fails to meet retention criteria in accordance with AR40-501.

**Recommendations:**
1. P3 upper extremity profile, no overhead work, take the alternate PFT, no push-ups.
2. Run-march on own pace and distance, take the alternate PFT for lower extremity.

Major Dolan is unfit for retention at this point in time under AR40-501, paragraph 3-12b1, limited range of motion of the left shoulder.

**Clinical Service:** Orthopaedics.

**Signature of Physician:** Richard A Schaefer LTC, MC **Date:** 14 Mar 01

RICHARD A SCHAEFER, MD, LTC, MC

vn
dd: 03/13/2001
dt: 03/13/2001
rev: 03/14/2001/vn

| | |
|---|---|
| **Medical Evaluation Board** | NAME: **DOLAN,PAUL EUGENE** |
| **Tripler Army Medical Center** | Register No: OUTPATIENT |
| 1 Jarrett White Road | FMP/SSN: **20/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** |
| Tripler AMC, HI 96859-5000 | Ward: |
| C:\MEDDB\COUNT1.WPD | O/P Loc: TRIPLER OUTPATIENT RECORD ROOM |
| | Job Number: 19027/19389E |

20

# Medical Evaluation Board
# ADDENDUM

Patient Name: DOLAN,PAUL EUGENE

**History of Present Illness:** Major Dolan had the onset of acute severe low back pain in approximately 1994. He noticed this after surgery for a perirectal abscess. There was a question of whether the spinal anesthetic used for the perirectal abscess had anything to do with the onset of his low back pain. He had re-anesthetic performed to try to decrease the pain, but it did not seem to work; this has been chronic off and on over the past several years. He has taken Robaxin periodically for discomfort. He has been through a Physical Therapy training program to include strengthening exercises and modalities such as a TENS unit without significant success. He has mild to moderate tenderness in the lower lumbar spine region. Range of motion is such that he can forward flex to get within approximately 10 inches of the floor. Extension increases his comfort. The reflexes in the lower extremities are normal. He has good lower extremity strength. The pain does not appear to radiate into the lower extremity. Radiographs taken recently show degenerative disc disease at L4-5 with loss of the disc space.

**Diagnosis:** Degenerative disc disease at L4-5.

**Present Condition:** The condition is aggravated by wearing a ruck sack and heavy lifting.

**Recommendations:** Recommend no ruck sack and avoid lifting greater than 25 lb.

**Clinical Service:** Orthopedics.

**Signature of Physician:** [signature] Date: 26 Mar 01

RICHARD A SCHAEFER, MD, LTC, MC

cw
dd: 03/16/2001
dt: 03/16/2001

| Medical Evaluation Board | NAME: DOLAN,PAUL EUGENE |
|---|---|
| Tripler Army Medical Center | Register No: 000000000000 |
| 1 Jarrett White Road | FMP/SSN: 20/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 |
| Tripler AMC, HI 96859-5000 | Ward: |
| | O/P Loc: TRIPLER OUTPATIENT RECORD ROOM |

I:\MEDDB\MASTREPT\0004\03162001\AA05495.WPD Job Number: 20175 1

# PHYSICAL PROFILE

For use of this form, see AR 40-501; the proponent agency is Office of The Surgeon General

1. MEDICAL CONDITION

LEFT SHOULDER PAIN, KNEE PAIN.

2.

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 3 | 2 | 1 | 1 | 1 |

3. ASSIGNMENT LIMITATIONS ARE AS FOLLOWS

TO RUN AND MARCH AT OWN PACE AND DISTANCE, AVOID OVERHEAD WORK.

CODES: U

4. THIS PROFILE IS ☒ PERMANENT ☐ TEMPORARY EXPIRATION DATE:

5. THE ABOVE STATED MEDICAL CONDITION SHOULD NOT PREVENT THE INDIVIDUAL FROM DOING THE FOLLOWING ACTIVITIES

| | | | | |
|---|---|---|---|---|
| ☒ Groin Stretch | ☒ Thigh Stretch | ☒ Lower Back Stretch | ☒ Neck & Shoulder Stretch | ☒ Neck Stretch |
| ☒ Hip Raise | ☒ Quads Stretch & Bal. | ☒ Single Knee to Chest | ☒ Upper Back Stretch | ☒ Ankle Stretch |
| ☐ Knee Bender | ☒ Calf Stretch | ☒ Straight Leg Raise | ☒ Chest Stretch | ☒ Hip Stretch |
| ☐ Side-Straddle Hop | ☒ Long Sit | ☐ Elongation Stretch | ☐ One-Arm Side Stretch | ☐ Upper Body Wt Tng |
| ☐ High Jump | ☒ Hamstring Stretch | ☐ Turn and Bounce | ☐ Two-Arm Side Stretch | ☒ Lower Body Wt Tng |
| ☐ Jogging in Place | ☒ Hams. & Calf Stretch | ☐ Turn and Bend | ☐ Side Bender | ☐ All |

6. AEROBIC CONDITIONING EXERCISES

☒ Walk at Own Pace and Distance
☒ Run at Own Pace and Distance
☒ Bicycle at Own Pace and Distance
☒ Swim at Own Pace and Distance
☒ Walk or Run in Pool at Own Pace

☐ Unlimited Walking
☐ Unlimited Running
☐ Unlimited Bicycling
☐ Unlimited Swimming

☐ Run at Training Heart Rate for _____ Min.
☐ Bicycle at Training Heart Rate for _____ Min.
☐ Swim at Training Heart Rate for _____ Min.

7. FUNCTIONAL ACTIVITIES

☐ Wear Backpack (40 Lbs.)
☒ Wear Helmet
☒ Carry Rifle
☒ Fire Rifle
With Hearing Protection
☐ KP/Mopping/Mowing Grass
☐ Marching Up to _____ Miles
☒ Lift Up to 25 Pounds
☐ All

PHYSICAL FITNESS TEST

☐ Two Mile Run ☐ Walk
☐ Push-Ups ☐ Swim
☒ Sit-Ups ☐ Bicycle

8. TRAINING HEART RATE FORMULA

MALES 220 FEMALES 225

MINUS (-) AGE
MINUS (-) RESTING HEART RATE
TIMES (X) % INTENSITY
PLUS (+) RESTING HEART RATE

50% EXTREMELY POOR CONDITION
60% HEALTHY, SEDENTARY INDIVIDUAL
70% MODERATELY ACTIVE, MAINTENANCE
80% WELL TRAINED INDIVIDUAL

9. OTHER

ALTERNATE APFT, NO PUSH-UPS. MEB. IN PROGRESS.

| TYPED NAME AND GRADE OF PROFILING OFFICER | SIGNATURE | DATE |
|---|---|---|
| RICHARD A. SCHAEFER, MD, LTC, MC. | [signature] | 13 Mar 01 |
| DAVID H. KIM, MD, MAJ(P), MC. | [signature] | 14 MAR 01 |

ACTION BY APPROVING AUTHORITY

PERMANENT CHANGE OF PROFILE ☒ APPROVED ☐ NOT APPROVED

| TYPED NAME, GRADE & TITLE OF APPROVING AUTHORITY | SIGNATURE | DATE |
|---|---|---|
| RICHARD R. JEFFRIES, CAPT, MC, USN, DCCS. | | |

ACTION BY UNIT COMMANDER

THIS PERMANENT CHANGE IN PROFILE SERIAL ☐ DOES ☐ DOES NOT REQUIRE A CHANGE IN MEMBER'S
☐ MILITARY OCCUPATIONAL SPECIALTY ☐ DUTY ASSIGNMENT BECAUSE:

| TYPED NAME AND GRADE OF UNIT COMMANDER | SIGNATURE | DATE |
|---|---|---|
| | | |

PATIENT'S IDENTIFICATION *(For typed or written entries give: Name (last, first, middle); grade; SSN; hospital or medical facility)*

DOLAN, PAUL E. MALE
20/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 DOB: 22 DEC 54
PGR: 301-9918 W: 438-1600 ext. 3194
RANK: MAJ/04

UNIT 9TH RSC (PROV)

ISSUING CLINIC AND PHONE NUMBER
TAMC ORTHOPAEDIC SURGERY SERVICE, 433-5977

DISTRIBUTION
UNIT COMMANDER - ORIGINAL & 1 COPY
HEALTH RECORD JACKET - 1 COPY
CLINIC FILE - 1 COPY
MILPO - 1 COPY

DA FORM 3349, MAY 86 REPLACES DA FORM 5302-R (TEST) DATED FEB 84 AND DA FORM 3349 DATED 1 JUN 80, WHICH ARE OBSOLETE USAPPC V1.00

*M.D.*
1750 Kalakaua Avenue, Suite 2602
Honolulu, Hawaii 96826
*Telephone 808-941-5610 Facsimile 808-949-4977*

March 12, 2001

Chief Resident
Psychiatry Outpatient Services
Department of Psychiatry
Tripler Army Medical Center
TAMC-HI 96859

Re: Paul E. Dolan
SSN 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

Dear Sir/Madam:

The above named has been in psychiatric treatment with me since June 2000. His initial contact was in relation to clinical trials of new medications that we were conducting at the Hawaii Clinical Research Center.

He presented with complaints of serious depression. This appeared to be mostly related to various situations and stress pertaining to his military status as well as some personal issues. It is clear that he has encountered a long series of difficult and traumatic events over the past several years. His condition has been long term, with prolonged struggles by him to cope and function as well as he could. Since I initially saw him several months ago, the depression and anxiety stress reactions have been quite overwhelming to him and somewhat disruptive of his occupational and personal life.

I consider it important that he continue in psychiatric treatment. He needs to continue on antidepressants. He has been taking Zoloft and continues on that medication at present. He will need further close treatment and monitoring, and periodic re-evaluation.

Let me know if you need additional information.

Sincerely,

Denis Mee-Lee, M.D.

22-A

DEPARTMENT OF THE ARMY

HEADQUARTERS, TRIPLER ARMY MEDICAL CENTER
1 JARRETT WHITE ROAD
TRIPLER AMC, HAWAII 96859-5000

REPLY TO
ATTN OF

MCHK-PAP-P

13 MARCH 2001

MEMORANDUM THRU: HQSA (DASG-HS, MAJ John Alverez), (703) 681-3157, FAX 3163, DSN 761

FOR Commander, PERSCOM (TAPC-OPP-M), Alexandria, VA 22332-0478

SUBJECT: Request for Extension, Dolan, Paul, 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

1. IAW para 2-2c, AR 635-120 and AR 635-40, request that Dolan, Paul E., MAJ, 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 be retained 90 days beyond his separation date of 14 March 2001.

2. The following information is submitted:

NAME: Dolan, Paul E.
SSN: 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
RANK: MAJ

Scheduled for release date: 14 Mar 01

Reason for release: General Discharge Under Honorable Conditions

Reason for Retention: MAJ Dolan is pending a Medical Evaluation Board.

Diagnosis: Stiffness, left shoulder after repair of labral tear; Bilateral patellofemoral compression sydrome; Mild right acromio-clavisular arthritis

Retention affidavit: See attached

Branch/MOS: 31A

3. Point of Contact is Anna Hicks, (808) 433-5196.

Michael J. Montgomery

MICHAEL J. MONTGOMERY
LTC, MS
Chief, Patient Administration
Division

DEPARTMENT OF THE ARMY
HEADQUARTERS, TRIPLER ARMY MEDICAL CENTER
1 JARRETT WHITE ROAD
TRIPLER AMC, HAWAII 96859-5000

MCHK-PAP 13 March 2001

WITH THE ARMY OF THE UNITED STATES, SS AFFIDAVIT,

At U.S. Army, Tripler Medical Center, Tripler AMC, HI 96859-5000

Personally appeared before me, the undersigned, authorized by law to administer oaths pursuant to the Uniform Code of Military Justice, Article 136, one DOLAN, PAUL, MAJ, 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 who, after being advised by me the rights and advantages of remaining in an active duty status in the Army beyond the scheduled date of release for the purpose of completion of hospital care and/or physical disability evaluation under the provisions of Chapter 61, Title 10, USC, and after being duty sworn, deposes and says:

"I DOLAN, PAUL, MAJ have been fully advised by the undersigned officer of the rights and advantages that may accrue to me by voluntarily remaining on active duty in the Army beyond the scheduled date of my release for the purpose of completing hospital care and/or physical disability evaluation under the provisions of Chapter 61, Title 10, USC, and have been further fully advised that if I elect to be discharged or released from active duty as scheduled, I will not, after such discharge or release from active duty, be eligible for separation or retirement for physical disability. Wherefore, in consideration of the above, I (DO) (~~DO NOT~~) PE desire retention on active duty in the Army beyond the scheduled date of expiration of my term of service."

Signature of Soldier
DOLAN, PAUL, Major 0-4, 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
HQ, 9TH RSC
FT. SHAFTER, HI 96819-2135

MICHAEL J. MONTGOMERY
LTC, MS
Chief, Patient Administration
Division

I have been provided with the list of retention advantages as listed in Chapter 1-26f, AR 635-200. PE soldier's initials

RETENTION ADVANTAGES (AR 635-200, CHAPTER 1-26F) 0103/3

f. Soldiers will be advised concerning the advantages of remaining on active duty (DA PAM 608-2). The soldiers will be furnished the following list of retention advantages

(1) Advantages while remaining on active duty for completion of hospitalization or medical care or while being processed for disability are--

a. Medical care and or hospitalization provided

b. Receipt of normal benefits such as pay and allowances, to include exchange and commissary privileges.

c. Eligibility for dependent medical care if soldier is on AD or ADT under orders that do not specify a period of 30 days or less.

d. State income tax benefit where allowed by the laws of the states concerned.

(2) Advantages, if processed and found eligible for disability separation, are shown below.

a. If retired, the soldier may choose the retired pay most favorable to him or her computed per Army regulations, or under law by which he or she is eligible for retired pay. If temporarily retired, the same selection of pay is authorized, but the minimum pay will not be less than 50 percent of basic pay while temporarily retired.

b. If retired, a former soldier and his or her authorized dependents would be eligible for certain medical care. This care is dependent of facilities and staffing availability at Uniformed Service facilities and certain medical care in civilian facilities. (See AR 40-121).

c. If discharged for disability, soldier will be entitled to severance pay.

d. To the extent retired pay is based on the percent of disability involved, such pay is excluded in computing gross income reportable for taxation.

**MEDICAL RECORD** | **REPORT OF MEDICAL HISTORY** | DATE OF EXAM: 16 Mar 01

NOTE: This information is for official and medically confidential use only and will not be released to unauthorized persons

| 1. NAME OF PATIENT (Last, first, middle) | 2. IDENTIFICATION NUMBER | 3. GRADE |
|---|---|---|
| DOLAN, PAUL EUGENE | 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 | O4 |

| 4a. HOME STREET ADDRESS (Street or RFD, City or Town, State, and ZIP Code) | 5. EXAMINING FACILITY |
|---|---|
| P.O. Box 30227 | Physical Exam Section<br>Tripler Army Medical Center, HI 96859-5000 |

| 4b. CITY | 4c. STATE | 4d. ZIP CODE |
|---|---|---|
| Honolulu | HI | 96820-0227 |

6. PURPOSE OF EXAMINATION

RETIREMENT PHYSICAL (MEB)

7. STATEMENT OF PATIENT'S PRESENT HEALTH AND MEDICATIONS CURRENTLY USED (Use additional pages if necessary)

a. PRESENT HEALTH

I (am / am not) in good health.

| b. CURRENT MEDICATION | REGULAR OR INTERM. |
|---|---|
| ZOLOFT - DEPRESSION | DAILY 100 mg |
| ROBAXON - RECURRANT BACK PAIN | RECURRANT MONTHLY |
| ROBAXIN AND NAPROXEN | LAST (MONTHLY USAGE) |
| [redacted] C'ISA PRIDE - CHRONIC REFLUX DISEASE | AS REQ WEEKLY/MON |
| RANITIDINE - GASTRIC REFLUX DISEASE | UPON INITIATION |

c. ALLERGIES (Include insect bites/stings and common foods): Swine Flu Vaccine Reaction

d. HEIGHT: 5'7"  e. WEIGHT:

8. PATIENT'S OCCUPATION: Military Police Officer

9. ARE YOU (Check one): [X] RIGHT HANDED [ ] LEFT HANDED

## 10. PAST/CURRENT MEDICAL HISTORY

| CHECK EACH ITEM | YES | NO | DON'T KNOW |
|---|---|---|---|
| Household contact with anyone with tuberculosis (SISTER) | X | | |
| Tuberculosis or positive TB test | | X | |
| Blood in sputum or when coughing | | X | |
| Excessive bleeding after injury or dental work [illegible] PERIDONTIS D. Issue | | X | |
| Suicide attempt or plans | | X | |
| Sleepwalking | | X | |
| Wear corrective lenses | | | |
| Eye surgery to correct vision uncorrected | | X | |
| Lack vision in either eye | | X | |
| Wear a hearing aid | | X | |
| Stutter or stammer | | X | |
| Wear a brace or back support | X | on T/A [illegible] | |
| Scarlet fever | | X | |
| Rheumatic fever | | X | |
| Swollen or painful joints Knees, shoulder [illegible] | X | | |
| Frequent or severe headaches | | X | |
| Dizziness or fainting spells | X | | |
| Eye trouble Fading [illegible] not [illegible] corrected | X | | |
| Hearing loss Artillery Hist. | X | | |
| Recurrent ear infections clogging | X | | |
| Chronic or frequent colds | | X | |
| Severe tooth or gum trouble | X | | |
| Sinusitis | | X | |
| Hay fever or allergic rhinitis | | X | |
| Head injury | | X | |
| Asthma | | X | |

| CHECK EACH ITEM | YES | NO | DON'T KNOW |
|---|---|---|---|
| Shortness of breath Last YR | X | | |
| Pain or pressure in chest nights | X | | |
| Chronic cough | | X | |
| Palpitation or pounding heart occasional? | X | | |
| Heart trouble | | X | |
| High or low blood pressure Last 2 yrs | X | | |
| Cramps in your legs (Knees) | | X | |
| Frequent indigestion REFLUX | X | | |
| Stomach, liver or intestinal trouble Slow [illegible] | X | | |
| Gall bladder trouble or gallstones | | X | |
| Jaundice or hepatitis | | X | |
| Broken bones Right Hand + Fgr | X | | |
| Adverse reaction to medication | | X | |
| Skin diseases | | X | |
| Tumor, growth, cyst, cancer | | X | |
| Hernia (Hiatal) Surgery '00 | X | | |
| Hemorrhoids or rectal disease 1989 [illegible] | X | | |
| Frequent or painful urination | | X | |
| Bed wetting since age 12 | | X | |
| Kidney stone or blood in urine | | X | |
| Sugar or albumin in urine | | X | |
| Sexually transmitted diseases | | X | |
| Recent gain or loss of weight | X | | |
| Eating disorder (anorexia, bulimia, etc.) | | X | |
| Arthritis, Rheumatism, or Bursitis Shoulder, Low Back, Knees + Hands | X | | |
| Thyroid trouble or goiter | | X | |

| CHECK EACH ITEM | YES | NO | DON'T KNOW |
|---|---|---|---|
| Bone, joint or other deformity Broken Fingers | X | | |
| Loss of finger or toe | | X | |
| Painful or "trick" shoulder or elbow LEFT SHOULDER | X | | |
| Recurrent back pain or any back injury SINCE 1989 - SURGERY | X | | |
| "Trick" or locked knee Both Knees | X | | |
| Foot trouble | | X | |
| Nerve injury | | X | |
| Paralysis (including infantile) | | X | |
| Epilepsy or seizure | | X | |
| Car, train, sea or air sickness | | X | |
| Frequent trouble sleeping Last 3 yrs | X | | |
| Depression or excessive worry 5 yrs | X | | |
| Loss of memory or amnesia Forgetful | X | | |
| Nervous trouble of any sort | | X | |
| Periods of unconsciousness | | X | |
| Parent/sibling with diabetes, cancer, stroke or heart disease BREAST CANCER MOTHER, HEART | X | | |
| X-ray or other radiation therapy | | X | |
| Chemotherapy | | X | |
| Asbestos or toxic chemical exposure Poss. PPA Clean up NY | X | | |
| Plate, pin or rod in any bone | | X | |
| Easy fatigability Chronic Fatigue | X | | |
| Been told to cut down or criticized for alcohol use Caution [illegible] | X | | |
| Used illegal substances | | X | |
| Used tobacco Quit in 1987 | X | [illegible] | |

NSN 7540-00-181-8368
Previous edition not usable

STANDARD FORM 93 (REV. 6-90)
Prescribed by ICMR/GSA
FIRMR (41 CFR) 201-9.202-1

11. FEMALES ONLY

| CHECK EACH ITEM | YES | NO | DON'T KNOW | DATE OF LAST MENSTRUAL PERIOD | DATE OF LAST PAP SMEAR | DATE OF LAST MAMMOGRAM |
|---|---|---|---|---|---|---|
| Treated for a female disorder | | N/A | | | | |
| Change in menstrual pattern | | N/A | | | | |

CHECK EACH ITEM. IF "YES" EXPLAIN IN BLANK SPACE TO RIGHT. LIST EXPLANATION BY ITEM NUMBER.

| ITEM | YES | NO | EXPLANATION |
|---|---|---|---|
| 12. Have you been refused employment or been unable to hold a job or stay in school because of: | | | |
| a. Sensitivity to chemicals, dust, sunlight, etc. | | X | |
| b. Inability to perform certain motions. | | X | |
| c. Inability to assume certain positions. | | X | |
| d. Other medical reasons. *(If yes, give reasons.)* | | X | |
| 13. Have you ever been treated for a mental condition? *(If yes, specify when, where, and give details.)* | X | | MAY-2000 to PRESENT, CHRONIC STRESS SYNDROME AND CLINICAL DEPRESSION, DR. MEFLEE, Honolulu HI |
| 14. Have you ever been denied life insurance? *(If yes, state reason and give details.)* | | X | |
| 15. Have you had, or have you been advised to have, any operation. *(If yes, describe and give age at which occurred.)* | X | | ① SEP 1989 AND NOV 1989 – PERI-RECTAL ABCESS OF HEMORRHOIDS – SPINAL BLOCK. HAWAII NAVAL AT [illegible] – DR. [illegible] ② MAR 3, 2000 – NISSEN REPAIR, HIATAL HERNIA REPAIR AND DIAGNOSIS CORRECTION TO MUSCLE IN LOWER ABDOMEN – TRIPLER USAH DR. CIRANGLE, DR. BARROW. ③ NOV 2000 – DR. MC FADDEN: LEFT SHOULDER SURGERY AT TRIPLER HOSPITAL FOR SLAP TEAR, ARTHRITIS, RECURRENT SHOULDER DISLOCATIONS. |
| 16. Have you ever been a patient in any type of hospital? *(If yes, specify when, where, why, and name of doctor and complete address of hospital.)* | X | | |
| 17. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? *(If yes, give complete address of doctor, hospital, clinic, and details.)* | X | | ④ CIVILIAN [redacted] DAC, PORTSMOUTH NH, 1995 – NO PROBLEMS DIAGNOSED. ⑤ TRIPLER NOV 1998 – COMMAND REFERRED TO SOCIAL SERVICES DR TOM DELUCA – PSYCHOLOGICAL EVALUATION. RECOMMENDED AND REFERRED TO PSYCHIATRY DEPT – TREATMENT w/CIVILIAN [illegible]. ⑥ COMMAND REFERRAL TO DRUG AND ALCOHOL EVALUATION w/ DR. [illegible] (PSYCHIATRY) AND MR HARRU, DDC, EVALUATION AT SCOFIELD BARRACKS – NO ALCOHOL OR DRUG PROBLEM DIAGNOSED RETURN TO UNIT FOR DUTY – COUNSELING AND [illegible] RECOMMENDED |
| 18. Have you ever been rejected for military service because of physical, mental, or other reasons? *(If yes, give date and reason for rejection.)* | | X | |
| 19. Have you ever been discharged from military service because of physical, mental, or other reasons? *(If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.)* | | X | |
| 20. Have you ever received, is there pending, or have you ever applied for pension or compensation for existing disability? *(If yes, specify what kind, granted by whom, and what amount, when, why.)* | | X | |
| 21. Have you ever been arrested or convicted of a crime, other than minor traffic violations. *(If yes, provide details.)* | X | | SEP 1995 OUI OFFENSE – DISMISSED – NOT GUILTY. JUN 1998 FTA – Not Guilty (Related to OUI). |
| 22. Have you ever been diagnosed with a learning disability? *(If yes, give type, where, and how diagnosed.)* | | X | |

23. LIST ALL IMMUNIZATIONS RECEIVED ANTHRAX SERIES (1998-2000) HEP A (99) TYPHOID (95) JAPANESE ENCEPHAL (99)
SWINE FLU (1976-77) HEP B (99) INFLUENZA (00) TB PPD (99)

I certify that I have reviewed the foregoing information supplied by me and that it is true and complete to the best of my knowledge. I authorize any of the doctors, hospitals, or clinics mentioned above to furnish the Government a complete transcript of my medical record for purposes of processing my application for this employment or service. I understand that falsification of information on Government forms is punishable by fine and/or imprisonment.

| 24a. TYPED OR PRINTED NAME OF EXAMINEE | 24b. SIGNATURE | 24c. DATE |
|---|---|---|
| PAUL E. DOLAN | [signature] MAJ, MP | 19 MAR 2001 |

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL OFFICER ONLY".

25. PHYSICIAN'S SUMMARY AND ELABORATION OF ALL PERTINENT DATA *(Physician shall comment on all positive answers in items 7 through 11. Physician may develop by interview any additional medical history deemed important, and record any significant findings here.)*

PHILIP J. BERRAN, MC
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
CPT PGY ____

| 25a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | 25b. SIGNATURE | 25c. DATE |
|---|---|---|
| ~~Daniel M. Nishimoto, M.D.~~ ~~Chief, Physical Exam Section~~ | [signature] MD | 16 March 01 |

13-104

STANDARD FORM 93 (REV. 6-96) BACK

JUL. 31. 2007 6:03PM No. 0884 P. 22

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | **Supplement to SF 93 (Report of Medical History), Items #10 and 11:** If you answered "Yes" to any of these questions write a brief summary of the problem including: 1) date of illness, injury, surgery, etc. 2) diagnosis, if known, and 3) treatment. |
| 1995-1999 AD- | Fall from [illegible] for [illegible] 30? Ft onto knees causing trauma injury; aggravated by Fast Bite to [illegible] |
| 1994-[illegible] Newyork | Possible asbestos exposure during unit [illegible] from asbestos removal project - [illegible]. Sister diagnosed with TB; occasional family contact. |
| 1989-Present | Degenerative arthritis in L4-L5 lower discs. (Surgery for [illegible]) Chronic lower back pain [illegible] strength [illegible] back [illegible] 1989. 2 surgeries w/ spinal blocks |
| 1995-Present | Left and right knees lock up, if sitting for periods of longer than 30 mins |
| 1998-Present | Left and right shoulder impingement developed and compaction when lying on side from degenerative arthritis. 28 Nov [illegible] left shoulder surgery at Tripler for SLAP repair and joint repair. Feb '00 APFT caused a tear to the left shoulder making it relatively worse than right shoulder and in need of [illegible] attention. Currently undergoing physical rehabilitation therapy to improve mobility. Left shoulder was re-injured in 9th Jan 01 and doctors will not be able to determine extent of damage or repair without continued physical therapy and further [illegible] reviews. Re-injury was result of a robbery attempt on soldier while wearing the shoulder brace. Honolulu Police Report completed. |
| Nov 1998-Present | History of high blood pressure - monitored for long periods of time, with intermittent dizziness and eye vision problems. These episodes are accompanied by shortness of breath and/or heart palpitations. Shortness of breath and angina type chest pains have increased during last year 2000-2001. Family hist of colon cancer (father) and heart/lung failure (mother/uncle) |
| Jan 99-Present | Diagnosed with hiatal hernia, gall bladder disease and [illegible] evaluation, surgery Aug 00 and [illegible] treatment for indigestion, stomach problems or [illegible] lower abdominal distress. |
| 1995-Present | Chronic stress syndrome and chronic fatigue with difficulty sleeping. Diagnosed with Social Services in Nov 98 and during June 2000 [illegible] consult as [illegible] depression - treatment [illegible] |

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| TRIPLER Army Medical Center | ACTIVE (AGR) | US ARMY | TRIPLER AMC |

| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR |
|---|---|---|
| [redacted] DOLAN, PAUL E. | 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 | SELF |

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

REGISTER NO. | WARD NO.

Name: DOLAN, PAUL E.

Rank: MAJOR

SSN: 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

Dept/Service: U.S ARMY, AGR

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Medical Record

STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

Jul. 31. 2007 6:03PM No. 0884 P. 23

DEPARTMENT OF THE ARMY
OFFICE OF THE SURGEON GENERAL
5109 LEESBURG PIKE
FALLS CHURCH, VA 22041-3258

REPLY TO
ATTENTION OF

DASG-HS-AB 15-Mar-01

MEMORANDUM FOR FTSMD Officer Special Actions (Ms. Nahlen x 5172), Full Time Management Support Center, ATTN: ARPC-ARO, P.O.box 46906, St. Louis, MO 63146

SUBJECT: Medical Retention

1. Soldier Data

   a. Name: Dolan, Paul E.

   b. Rank: MAJ

   c. SSN: 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

   d. Original date of separation: 14-Mar-01

2. Medical Treatment Facility Point of Contact

   a. Point of contact: Ms. Hicks

   b. Medical Facility: Tripler Army Medical Center

   c. Address: 1 Jarret White Road, Honolulu, HI 96859

   d. Phone: (808) 433-5196

   e. Fax: (808) 433-1365

3. Recommend disapproval. AR 600-8-4 para 1-23.a. specifically excludes officers who have been processed for dismissal from physical disability processing. Major Dolan's elimination (enclosure 1) from the Army was approved by the Deputy Assistant Secretary (Army Review Boards) on 12 February 2001 (AMS-MSG-NBR: A730440050).

4. The point of contact for this action is Major John Alvarez at DSN 761-3159 or commercial (703) 681-3159, FAX 3163.

John G. Alvarez
for STEVE E. PHURROUGH
COL, MC
Director, Health Policy and

26