IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-166C (Judge C.O.C. Miller)

PAUL E. DOLAN

Plaintiff,

v.

THE UNITED STATES

Defendant,

**PLAINTIFF'S EXHIBIT D**

August 3, 2007

John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO 80439-6720
(303) 670-3825
Counsel for plaintiff

EXHIBIT D, TABLE OF CONTENTS

Department of Defense Form 214, Certificate of Release/Discharge from Active Duty (March 14, 2001, re Major Dolan)....................27

Army Inspector General Action Request [complaint], March 29, 2001, by Major Dolan..........28-29

Department of Army Form 1506, October 24, 2000, Statement of Service Computation.......29A-31

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| | | |
|---|---|---|
| 1. NAME (Last, First, Middle) DOLAN, PAUL EUGENE | 2. DEPARTMENT, COMPONENT AND BRANCH ARMY/USAR/MP | 3. SOCIAL SECURITY NO. 040 52 1419 |

| | | | |
|---|---|---|---|
| 4.a GRADE, RATE, OR RANK MAJ | 4.b PAY GRADE O4 | 5. DATE OF BIRTH (YYYYMMDD) 19541222 | 6. RESERVE OBLIG. TERM. DATE Year 0000 Month 00 Day 00 |

| | |
|---|---|
| 7.a PLACE OF ENTRY INTO ACTIVE DUTY INDIANAPOLIS, IN | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) STRATFORD, CT 06497 |
| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND HHC, IX CORPS (REINF) FC | 8.b STATION WHERE SEPARATED SCHOFIELD BARRACKS, HI 96857-6003 |
| 9. COMMAND TO WHICH TRANSFERRED NA | 10. SGLI COVERAGE [ ] None Amount: $ 200,000.00 |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
31A MP GENERAL--13 YRS-1 MOS//NOTHING FOLLOWS

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date entered AD This Period | 1988 | 02 | 28 |
| b. Separation Date This Period | 2001 | 03 | 14 |
| c. Net Active Service This Period | 0012 | 11 | 21 |
| d. Total Prior Active Service | 0005 | 00 | 29 |
| e. Total Prior Inactive Service | 0006 | 01 | 23 |
| f. Foreign Service | 0000 | 00 | 00 |
| g. Sea Service | 0000 | 00 | 00 |
| h. Effective Date of Pay Grade | 1996 | 05 | 24 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
ARMY COMMENDATION MEDAL (2ND AWARD)//ARMY ACHIEVEMENT MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (2ND AWARD)//ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL (2ND AWARD)//NATIONAL DEFENSE SERVICE MEDAL//HUMANITARIAN SERVICE MEDAL//NONCOMMISSIONED OFFICER'S PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON//NOTHING FOLLOWS

14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)
CONTRACTING OFFICER REP CRS, 1992//REC CDRS CRS, 1988//ARTTC USAR TNG MGMT CRS, 1994//CAS3, 1996//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | NONE |

17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION [X] Yes [ ] No

18. REMARKS
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ANNUAL AND/OR WEEKEND TRAINING THIS SOLDIER MAY HAVE ACCOMPLISHED PRIOR TO DATE ENTERED IN ITEM 12A//EXCESS LEAVE (CREDITABLE FOR ALL PURPOSES EXCEPT PAY AND ALLOWANCES)--11.0 DAYS: 20010304--20010314//NOTHING FOLLOWS

| | |
|---|---|
| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) P O BOX 30227 HONOLULU, HI 96820 | 19.b NEAREST RELATIVE (Name and address - include Zip Code) SUSAN MARIE MULKERN 55 WOODEND RD STRATFORD, CT 06497 |
| 20. MEMBER REQUESTS COPY 6 BE SENT TO HI DIR OF VET. AFFAIRS [X] Yes [ ] No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
| 21. SIGNATURE OF MEMBER BEING SEPARATED SOLDIER NOT AVAILABLE TO SIGN | LIANA L. BRATLAND, MAJ, AG, CHIEF, MPD |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| | |
|---|---|
| 23. TYPE OF SEPARATION DISCHARGE | 24. CHARACTER OF SERVICE (Include upgrades) UNDER HONORABLE CONDITIONS (GENERAL) |

| | | |
|---|---|---|
| 25. SEPARATION AUTHORITY AR 600-8-24, PARA 4-2B | 26. SEPARATION CODE JNC | 27. REENTRY CODE NA |

28. NARRATIVE REASON FOR SEPARATION
UNACCEPTABLE CONDUCT

| | |
|---|---|
| 29. DATES OF TIME LOST DURING THIS PERIOD UNDER 10 USC 972: 19981006-19981031 | 30. MEMBER REQUESTS COPY 4 ______ Initials |

# INSPECTOR GENERAL ACTION REQUEST

For use of this form, see AR 20-1; the proponent agency is the Office of The Inspector General and Auditor General.

## DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** Title 10, USC, Section 3039.

**PRINCIPAL PURPOSE:** To secure sufficient information to make inquiry into the matters presented and to provide a response to the requestor(s) and/or take action to correct deficiencies.

**ROUTINE USES:** Information is used for official purposes within the Department of Defense; to answer complaints or respond to requests for assistance, advice or information; by Members of Congress and other Government agencies when determined by The Inspector General and Auditor General to be in the best interest of the Army; and in certain cases in trial by court martial other military matters as authorized by the Uniform Code of Military Justice.

**DISCLOSURE OF THE SOCIAL SECURITY NUMBER AND OTHER PERSONAL INFORMATION IS VOLUNTARY. HOWEVER, FAILURE TO PROVIDE COMPLETE INFORMATION MAY HINDER PROPER IDENTIFICATION OF THE REQUESTOR, ACCOMPLISHMENT OF THE REQUESTED ACTION(S) AND RESPONSE TO THE REQUESTOR.**

| LAST NAME - FIRST NAME - MIDDLE INITIAL | GRADE | SSN | DUTY TELEPHONE |
|---|---|---|---|
| DOLAN, Paul, Eugene | O-4 | 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 | 800-301-9918 NA |

COMPLETE PRESENT MILITARY ADDRESS (If no military address, state current civilian address, including Zip Code.)

P.O. Box 30227
Honolulu, Hawaii 96820-0227

FORMER: 9th RSC
1557 PASS ST
FT Shafter, HI 96820

SPECIFIC ACTION REQUESTED

REQUEST TRIPLER USA Med Ctr ASSISTANCE TO Remain on Active Duty until A Properly Conducted MEDICAL EVALUATION BOARD CAN Be Completed TO Evaluate my SERVICE CONNECTED INJURIES FOR HEARING (H2), CHRONIC LOWER BACK PAIN for Distal DISEASE (P-3); LEFT SHOULDER INJURY (P3) AND KNEES (H2) AS WELL AS FOR DEPRESSION FOLLOWUP.

INFORMATION PERTAINING TO THIS REQUEST (Use additional sheets if necessary; list inclosures if applicable.)

1. ON 12 FEB 2001, The DA Secretary of Army Review BOARD APPROVED My Elimination FOR MISCONDUCT UNDER AR 600-8-24, PARA 4-26. with ERRONEOUS time in AFS OF 17yrs 9mos AND 22 DAYS ~~for~~ ARPERCEN FTSMD (Full Time Mgmt Div) DA Form 1506 Dtd 24 Oct 00. HOWEVER, I HAD 18yrs AFS By 20 JAN '01 According to Documents on file AT FTSMD AND VERIFIED ON (DARP) ARPC Form 249-E dated 26 JUN 2000. MY TDS Attorney letter DATED 18 SEPT '00 Also Reflected The Correct AFS.

2. ON 9 MAR '01 SFC PARKER of Transition Point Informed me of The Requirement for AN Separation Physical AND mandatory ACAP Briefing Prior to Separation AT Schofield Barracks AND SHE Provided me A Copy of The Erroneous DA 1506 Sent By FTSMD to HER with my 201 File AND Sent to The Secretary of Army Review Board. I Informed SFC PARKER, I HAD NOT Received Clearance Papers OR Instructions From My Unit But I would Begin my Separation/Retirement Physical ASAP. The Procedures For Completing This Physical As still ongoing And Resulted in A Referral to PEBLO For An MEB From my Doctor LTC Sheeter. My Final Appointment for This Physical is Scheduled For A Final Hearing ABR Permanent Profile determination which Appears to Be H2, But may be H3, if A Physical Injury is Discovered in The Final Tests.

3. ON 15 MAR '01, The DA Surgeon General's office Recommended Disapproval of my MEB/PEB Processing to ARPERCEN (But Did NOT MAKE A Final Disapproval They only Recommended Disapproval) However They Did Cite AR 600-8-4 PARA 1-23a IN ERROR, ~~AS~~ Their Justification. PARA a, DOES NOT APPLY BECAUSE I AM NOT UNDER INVESTIGATION FOR UCMJ. THEREFORE, PARA b DOES Apply AND IAW This cite I will be Also Processed Through MEB/PEB System.

This information is submitted for the basic purpose of requesting assistance, correcting injustices affecting individual, or eliminating conditions considered detrimental to the efficiency or reputation of the Army. I fully understand that I may be held accountable for any statements which are proved to be knowingly untruthful.

4. ON THIS DATE 29 MAR '01; SFC PARKER Provided ARPERCEN'S RESPONSE AS Re-Dated DA letter DT 22 MAR '01.

| DATE | SIGNATURE |
|---|---|
| 29 MAR '01 | [signature] (Page 1 of 2) |

DA FORM 1559-R, OCT 89 REPLACES EDITION OF OCT 86, WHICH IS OBSOLETE. USAPPC V1.00

28

The Primary Reason for this Request (IGAR); is to allow me to Remain on AD so I may be properly Evaluated Through The MEB/PEB System, so it can be forwarded through The CG, PERSCOM (TAPC-PDT-PM) to The Secretary of The Army for determination of appropriate disposition with a full understanding by him of:

A) My 18 Plus years of Active Federal Service which is Authorized Retirement ~~with~~ under The Provisions of The Tower Amendment.

B) My Long term medical Disabilities for hearing, Shoulder, Knees and Back; as well as the Requisite ongoing treatment Required for Depression and Chronic Stress Syndrome.

C) And the Proper Recognition of Excessive Punitive Actions for A Questionable 23 days AWOL which is The Basis for This Elimination Process in The First Place

D) The Full understanding, by Him, That I HAVE 20 years of Creditable AFS under The Combined System of AFS AND IADT constructive credit. And That I ~~am~~ HAVE Already qualified for The 20 YEAR USAR Retirement at 60, effective ~~#~~ June 1998 Prior to The Event in Question And AT A Minimum Should Be Allowed to ~~[illegible] The USAR~~ be Retired off AD or Returned to The I.R.R. for continued Service Rather Than To Be fully Discharged.

Respectfully Submitted,

(Page 2of2)

Paul E. Dolan

MAJ, MP.

# STATEMENT OF SERVICE FOR COMPUTATION OF LENGTH OF SERVICE FOR PAY PURPOSES

For use of this form, see AR 37-104-3; the proponent agency is ASA(FM)

PRIVACY ACT STATEMENT

Authority: 37 USC, Section 1006; Executive Order 9397.

Purpose: This form is used to document a member's request for verification of military service. It is also used to adjust a soldier's Other Entry Pay Effective Date (OPED) and Basic Pay Entry Effective Date (BPED) which will affect the rate and period of basic pay entitlement.

Routine Uses: Information collected on this form becomes part of the Joint Uniform Military Pay System *(JUMPS)* and is subject to all of the routine disclosures made by that system. Routine recipients of JUMPS disclosures include, but are not limited to the Red Cross and State and local governments for tax and welfare purposes.

Disclosure: Voluntary; however, nondisclosure may result in nonverification of service. Disclosure of your social security number (SSN) is voluntary; however, this form will not be processed without your SSN because it is used to identify you for pay purposes.

1. LAST NAME, FIRST NAME, MIDDLE INITIAL

DOLAN PAUL EUGENE

2. SSN

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

3. COMPLETE MAILING ADDRESS *(Unit Personnel Officer, if member on AD)(Unit Commander if member of ACDUTRA)*

Commander, AR-PERSCOM
ATTN: ARPC-ARO
1 Reserve Way
St. Louis, MO 63132-5200

*I have held a commission; appointment as commissioned warrant officer, flight officer, or Army field clerk, or have been enlisted as a member of the respective service(s) shown below for the inclusive period indicated. All National Guard service claimed hereon was federally recognized; it was not in the Inactive National Guard; all officers' training camp service was in the capacity of an enlisted person and all initial appointments are shown from the date of acceptance.*

| 4. SERVICE (Army, Air Force, Navy, etc.) | 5. CHECK ENL | WO | COM | 6. FROM YR. | MO. | DAYS | 7. TO YR. | MO. | DAYS | 8. Time Lost (Days) | 9. COMPUTATION YR. | MO. | DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RA | X | | | 1975 | 04 | 28 | 1979 | 04 | 27 | 0 | 4 | 0 | 0 |
| USAR NOT ON AD (REINF) | X | | | 1979 | 04 | 28 | 1979 | 10 | 10 | 0 | 0 | 5 | 13 |
| ROTC/SMP CADET | X | | | 1979 | 10 | 11 | 1981 | 05 | 18 | 0 | 1 | 7 | 8 |
| ARNG | | | X | 1981 | 05 | 19 | 1981 | 09 | 10 | 0 | 0 | 3 | 22 |
| ARNG ON AD | | | X | 1981 | 09 | 11 | 1981 | 12 | 11 | 0 | 0 | 3 | 1 |
| ARNG | | | X | 1981 | 12 | 12 | 1983 | 01 | 04 | 0 | 1 | 0 | 23 |
| USAR NOT ON AD (TPU) | | | X | 1983 | 01 | 05 | 1985 | 01 | 19 | 0 | 2 | 0 | 15 |
| USAR ON AD | | | X | 1985 | 01 | 20 | 1985 | 07 | 25 | 0 | 0 | 6 | 6 |
| USAR NOT ON AD (TPU) | | | X | 1985 | 07 | 26 | 1988 | 02 | 27 | 0 - | 2 | 7 | 2 |

10. Total creditable service (years) →

11a. SIGNATURE OF MEMBER

11b. DATE

FOR USE BY THE ADJUTANT GENERAL (When statement above is incorrect, correct service will be entered.)

| 12. SERVICE (Army, Air Force, Navy, etc.) | 13. CHECK ENL | WO | COM | 14. FROM YR. | MO. | DAYS | 15. TO YR. | MO. | DAYS | 16. Time Lost (Days) | 17. COMPUTATION YR. | MO. | DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

1. I DO CONCUR WITH THE ABOVE STATEMENT OF SERVICE COMPUTATION.

(SIGNATURE) (DATE)

2. I NONCONCUR WITH THE ABOVE STATEMENT OF SERVICE COMPUTATION. ATTACHED IS COPY OF MY SUPPORTING DOCUMENTATION TO ADJUST PEBD/BASD.

(SIGNATURE) (DATE)

18. Total service creditable for basic pay (years) →

19a. AUTHENTICATION

J. McNeill

JEFFREY MCNEILL, DAC, FTSMD, OFFICER MANAGEMENT DIVISION

19b. DATE

24-Oct-00

CFP V1.0

DA FORM 1506, AUG 87 Pg. 1 of 2 EDITION OF MAY 85 IS OBSOLETE

29-A

# STATEMENT OF SERVICE FOR COMPUTATION OF LENGTH OF SERVICE FOR PAY PURPOSES

For use of this form, see AR 37-104-3; the proponent agency is ASA(FM)

## PRIVACY ACT STATEMENT

**Authority:** 37 USC, Section 1006; Executive Order 9397.

**Purpose:** This form is used to document a member's request for verification of military service. It is also used to adjust a soldier's Other Entry Pay Effective Date (OPED) and Basic Pay Entry Effective Date (BPED) which will affect the rate and period of basic pay entitlement.

**Routine Uses:** Information collected on this form becomes part of the Joint Uniform Military Pay System (JUMPS) and is subject to all of the routine disclosures made by that system. Routine recipients of JUMPS disclosures include, but are not limited to the Red Cross and State and local governments for tax and welfare purposes.

**Disclosure:** Voluntary; however, nondisclosure may result in nonverification of service. Disclosure of your social security number (SSN) is voluntary; however, this form will not be processed without your SSN because it is used to identify you for pay purposes.

1. LAST NAME, FIRST NAME, MIDDLE INITIAL
DOLAN PAUL EUGENE

2. SSN
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

3. COMPLETE MAILING ADDRESS *(Unit Personnel Officer, if member on AD)(Unit Commander if member of ACDUTRA)*
Commander, AR-PERSCOM
ATTN: ARPC-ARO
1 Reserve Way
St. Louis, MO 63132-5200

*I have held a commission: appointment as commissioned warrant officer, flight officer, or Army field clerk, or have been enlisted as a member of the respective service(s) shown below for the inclusive period indicated. All National Guard service claimed hereon was federally recognized: it was not in the inactive National Guard: all officers' training camp service was in the capacity of an enlisted person and all initial appointments are shown from the date of acceptance.*

| 4. SERVICE (Army, Air Force, Navy, etc.) | 5. CHECK ENL | WO | COM | 6. FROM YR. | MO. | DAYS | 7. TO YR. | MO. | DAYS | 8. Time Lost (Days) | 9. COMPUTATION YR. | MO. | DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USAR ON AD (AGR) | | | X | 1988 | 02 | 28 | 2000 | 10 | 24 | 0 | 12 | 7 | 27 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| PEBD: 1975/04/28 | | AT/ | ADT: | 0 yrs | 4 mos | 18 dys | | | | | | | |
| BASD: 1983/01/03 | | | | Total Years Active Federal Service → | | | | | | | 17 | 9 | 22 |
| | | | | 10. Total creditable service (years) → | | | | | | | 25 | 5 | 27 |

11a. SIGNATURE OF MEMBER

11b. DATE

FOR USE BY THE ADJUTANT GENERAL (When statement above is incorrect, correct service will be entered.)

| 12. SERVICE (Army, Air Force, Navy, etc.) | 13. CHECK ENL | WO | COM | 14. FROM YR. | MO. | DAYS | 15. TO YR. | MO. | DAYS | 16. Time Lost (Days) | 17. COMPUTATION YR. | MO. | DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

1. I DO CONCUR WITH THE ABOVE STATEMENT OF SERVICE COMPUTATION

(SIGNATURE) (DATE)

2. I NONCONCUR WITH THE ABOVE STATEMENT OF SERVICE COMPUTATION, ATTACHED IS COPY OF MY SUPPORTING DOCUMENTATION TO ADJUST PEBD/BASD.

(SIGNATURE) (DATE)

18. Total service creditable for basic pay (years) →

19a. AUTHENTICATION
J. McNeill
JEFFREY McNEILL, DAC, FTSMD, OFFICER MANAGEMENT DIVISION

19b. DATE
24-Oct-00

DA FORM 1506 CONTINUATION PAGE

NAME: DOLAN PAUL EUGENE
SSN: 040521419

| SERVICE | CHECK ENL | CHECK WO | CHECK COM | FROM YR | FROM MO | FROM DAY | TO YR | TO MO | TO DAY | TIME LOST DAYS | COMPUTATION YR | COMPUTATION MO | COMPUTATION DAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USAR - Active | | | X | 1985 | JAN | 20 | 1985 | JUL | 25 | 0 | 0 | 6 | 6 |
| USAR - Inactive | | | X | 1985 | JUL | 26 | 1988 | FEB | 27 | 0 | 2 | 7 | 2 |
| USAR - Active | | | X | 1988 | FEB | 28 | 2001 | MAR | 14 | 26 | 12 | 11 | 21 |

D 31