IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 07-166C (Judge C.O.C. Miller)

PAUL E. DOLAN

Plaintiff,

v.

THE UNITED STATES

Defendant,

**PLAINTIFF'S EXHIBIT F**

August 3, 2007

John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO 80439-6720
(303) 670-3825
Counsel for plaintiff

# EXHIBIT F, TABLE OF CONTENTS

Declaration of Paul E. Dolan, August 1, 2007 (re: missing medical records)...........................54-55

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL E. DOLAN | ) | |
| Plaintiff, | ) | Civil Action |
| v. | ) | No. 07-166C (Judge C.O.C.Miller) |
| THE UNITED STATES | ) | |
| Defendant, | ) | |

DECLARATION OF PAUL E. DOLAN

I hereby declare under penalty of perjury under 28 U.S.C. § 1746 and laws of the United States of America that the following is true and correct:

1. In March 2007, I asked my attorney to obtain any additional Army personnel and health records from 1995 to 2002. He submitted the request to the National Personnel Records Center. I never had in my possession complete records from this period. Also, some boxes of records were lost in 2001 by the movers when in transit from Hawaii to Maine when I was discharged. Most of the personnel and health records kept were filed in my VA and BCMR appeals from 2001 to 2005. In April and May 2007 we did get more personnel documents from the NPRC military archives. However, some personnel records were missing. The NRPC caseworker, Mr. Jim Stoverink, said they could not find my separate Army health records.

2. Records should have shown that I injured my knees in a 1975 accident at Basic Training. During a "slide-for-life" exercise I fell over a hundred feet onto a riverbank, knocking me unconscious. It was not until the mid-1990s when sitting at repeated desk jobs for long periods that my knees would begin to lock-up and swell. I then started reporting the knee pain at every Army annual physical exam since. I began various physical therapies.

3. After no real improvement, in 1999 my orthopedic physician, LTC Schaefer, said I needed knee replacement surgery to resolve the chronic pain. As part of the regimen, he first referred me for more intensive therapy to "strengthen my knees" as a requirement before surgery. I was told to come back for status check-ups with Dr. Schaefer every 60-90 days.

4. But in February 2000, I injured my left shoulder in an Army Physical Fitness test (I overused that shoulder because of painful arthritis in my right shoulder). So during the fitness test in 2000, I tore my cartilage called the "superior labrum anterior-posterior" or SLAP. I learned the labrum is a ring of soft tissue inside the shoulder's ball-and-socket that molds it like a cup to stabilize the arm. The tendons and ligaments of the arm and bicep are also attached to it. Surgical repair was eventually recommended. When with increasing pain, arthroscopic surgery was scheduled for the Fall of 2000.

5. In a June 2000 medical appointment as part of my separation exam, I reported the bilateral knee pain and therapy plan. Dr. Gerbano referred me for an knee MRI, then consult with Dr. Schaefer to discuss knee replacement surgery. When I met with Dr. Schaefer, he told me that knee surgery would have to wait the shoulder surgery and healing. He explained that I would need strong shoulders since after knee surgery I would need crutches to walk for several months. He said the shoulder surgery healing required a six month rehab program of physical therapy. Only then would he revisit the knee pain and replacement surgery.

6. When my shoulder healing did not recover by February-March 2001, an MEB convened to determine the extent of the damage. They also would investigate the chronic knee pain. Because my shoulder therapy was incomplete at the time, the MEB requested an extension of my separation date. While the request was pending, on my own I submitted a Health Questionnaire to document my outstanding issues with the MEB.

P.D.: "shoulder"

7. When the Army denied the extension, I was separated in mid-March 2001. As a result, all my knee and should therapy ended. I did apply immediately to the VA to resume my therapy, but they refused. The VA said no treatment could be planned until a decision if I was eligible for VA benefits.

Date August 1, 2007

Paul E. Dolan

Paul E. Dolan
PO Box 6
Machias, ME 04654