IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

No. 07-166C (Judge C.O.C. Miller)

---

PAUL E. DOLAN

Plaintiff,

v.

THE UNITED STATES

Defendant,

---

PLAINTIFF'S APPENDIX
VOLUME 4

---

August 3, 2007

John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO 80439-6720
(303) 670-3825
Counsel for plaintiff

APPENDIX VOLUME 4, TABLE OF CONTENTS

"Superior Labral Tear Rehabilitation Protocol," Dr. Brian J. Cole, MD, MBA,
Journal of Shoulder and Elbow Surgery, 12:4 (2003).......................................116, 126 (#56)

Curriculum Vitae, Dr. Brian J. Cole, MD., MBA.,
Professor of Orthopedics, Anatomy & Cell Biology, Cartilage Restoration Center,
Rush University Medical Center, Chicago, Illinois....................................................117-139

# SUPERIOR LABRAL TEAR
# REHABILITATION PROTOCOL

| | RANGE OF MOTION* | IMMOBILIZER | THERAPEUTIC EXERCISE** |
|---|---|---|---|
| **PHASE I** **0-4 weeks** | Active/Active-Assistive: stretch to 40 °of external rotation, and 140° of forward flexion - internal rotation as tolerated | Worn at all times except for hygiene and therapeutic exercise | wrist/hand ROM, grip strengthening, isometric abduction, external/internal rotation exercises with elbow at side with elbow at side, gentle elbow ROM |
| **PHASE II** **4 - 6 weeks** | Increase forward flexion, and internal/external rotation to full motion as tolerated | None | Advance isometrics in phase I to use of a theraband, continue with wrist/hand ROM and grip strengthening, begin prone extensions, and scapular stabilizing exercises, gentle joint mobs |
| **PHASE III** **6 - 12 weeks** | Progress to full active motion without discomfort | None | Advance theraband exercises to use of weights, continue with and progress exercises in phase II, begin upper body ergometer |
| **PHASE IV** **12 weeks - 6 months****** | Full without discomfort | None | Advance exercises in phase III, begin functional progression to work/sport, return to previous activity level*** |

*Patient is required to complete stretching exercises 3 times per day
**6-8 weeks is required for healing of the biceps labrum, therefore, avoid activities that stress the repair (i.e. active biceps exercises, forceful extension, etc.)
*******Patient may return to the weight room at 3 months, if appropriate
********Patient may return to competitive sports, including contact sports, by 6 months, if approved

COPYRIGHT 2003 CRC® BRIAN J. COLE, MD, MBA

1-Mar-07

# CURRICULUM VITAE

**BRIAN J. COLE, MD, MBA**
1725 West Harrison, Suite 1063, Chicago, IL 60612
(312) 243-4244 (office)/(312) 942-1517 (fax)
www.cartilagedoc.org/www.myshoulderelbow.org

| | | |
|---|---|---|
| ACADEMIC APPOINTMENT: | July 2006-Present | Professor, Department of Orthopedic Surgery<br>Professor, Department of Anatomy & Cell Biology |
| | July 2005-Present | Section Head, Cartilage Restoration Center |
| | July 2002-Present | Associate Professor, Department of Orthopedic Surgery |
| | July 2002-Present | Associate Professor, Department of Anatomy and Cell Biology |
| | July 1997-2005 | Director, Cartilage Restoration Center<br>Division of Sports Medicine<br>Section of Shoulder Surgery |
| | July 1997-July 2002 | Assistant Professor, Department of Orthopedic Surgery<br>Rush Medical College<br>Chicago, Illinois 60612 |
| SPORTS MEDICINE FELLOWSHIP: | 1996-1997 | The University of Pittsburgh<br>Pittsburgh, Pennsylvania 15213 |
| ORTHOPAEDIC RESIDENCY: | 1992-1996 | The Hospital for Special Surgery<br>Cornell Medical Center<br>New York, New York 10021 |
| ORTHOPAEDIC RESEARCH FELLOWSHIP: METABOLIC BONE DISEASE | 1991-1992 | The Hospital for Special Surgery<br>New York, New York 10021 |
| GENERAL SURGICAL INTERNSHIP: | 1990-1991 | Loyola University Medical Center<br>Maywood, Illinois 60153 |
| DOCTOR OF MEDICINE: | 1985-1990 | The University of Chicago<br>Pritzker School of Medicine<br>Chicago, Illinois 60637 |
| MASTERS IN BUSINESS ADMINISTRATION: HEALTH ADMINISTRATION | 1988-1989 | The University of Chicago<br>Graduate School of Business<br>Chicago, Illinois 60637 |
| BACHELOR OF SCIENCE: BIOLOGY AND PSYCHOLOGY | 1981-1985 | The University of Illinois<br>Champaign, Illinois 61801 |

LICENSURE/BOARD CERTIFICATION:

American Board of Orthopaedic Surgery (I & II): 7/99 & 7/96
Indiana State License, 2000
Illinois State License, 1990
Pennsylvania State License, 1996
New York State License, 1992
Advanced Cardiac Life Support, 1992
National Boards Parts 1-3: 1989, 1990, 1991

## AWARDS AND HONORS

| | |
|---|---|
| Editorial Reviewer of the Year, Journal of Knee Surgery | 2007 |
| Chicago Magazine, featured on cover for "Top Doctors in Chicago" issue | 2006 |
| Best Doctor in America | 2005 |
| Best Research Project, 17th Annual Thesis Day, Rush University | 2005 |
| Mark Allam Lecturer, American College of Veterinary Surgeons Annual Meeting | 2004 |
| Herodicus Society | 2004 |
| Hall of Fame: Prosser Career Academy | 2004 |
| Best Research Project, 16th Annual Thesis Day, Rush University | 2004 |
| Anchor Cross Society, Rush University Medical Center | 2004 |
| Best Doctor in America | 2004 |
| Best Research Project, 15th Annual Thesis Day, Rush University | 2003 |
| Sigma Xi Best Research Award, Rush University | 2003 |
| Top Doctor (Orthopedics): Chicago Metro Area | 2002 |
| Clinical Research Poster Award, 7th Annual AMSA Poster Session, NIH/NHSC/AAMC/AMSA | 2002 |
| Selected, America's Top Surgeons, consumersresearchcncl.org | 2002 |
| OREF Career Development Award | 2001 |
| Best Research Project, 13th Annual Thesis Day, Rush University | 2001 |
| Lewis Clark Wagner Award, Best Resident Research | 1996 |
| Alpha Omega Alpha Honorary Medical Society | 1990 |
| Highest Honors Clinical Clerkships, The University of Chicago | 1990 |
| Dean's List, Graduate School of Business, The University of Chicago | 1989 |
| Magna Cum Laude, University of Illinois (GPA 4.9/5.0) | 1985 |
| Bronze Tablet, University of Illinois (Top 3% of Graduating Class) | 1985 |
| Golden Key Honor Society, University of Illinois | 1985 |

## NATIONAL SOCIETIES

| | |
|---|---|
| NBA Team Physician's Society | 2004 |
| Herodicus Society, American Orthopaedic Society for Sports Medicine | 2004 |
| International Society of Arthroscopy, Knee Surgery and Orthopaedic Sports Medicine | 2004 |
| American Shoulder and Elbow Society, Active | 2003 |
| Orthopaedic Research Society | 2001 |
| American Orthopaedic Society for Sports Medicine | 2001 |
| Arthroscopy Association of North America | 2001 |
| Alfred Shand's Circle, Orthopedic Research and Education Foundation | 2000 |
| International Cartilage Repair Society | 1998 |
| American Academy of Orthopaedic Surgeons | 1994 |
| American Society for Bone and Mineral Research | 1992 |
| American Medical Association | 1989 |

## REGIONAL SOCIETIES

| | |
|---|---|
| Illinois Association of Orthopaedic Surgeons | 2000 |
| Mid America Orthopaedic Association | 2000 |
| Chicago Sports Medicine Society | 1997 |
| Illinois Orthopaedic Society | 1997 |
| New York State Medical Society | 1994 |
| New York State Orthopaedic Society | 1994 |
| Illinois and Chicago Medical Society | 1990 |

## COMMITTEES

| | |
|---|---|
| Orthopaedic Learning Center, Board of Directors, AAOS | 2006 |
| Young Associates Board, Rush University Medical Center | 2006 |
| Board Member, International Cartilage Repair Society | 2006 |
| American Shoulder and Elbow, Evidence Based Medicine Liaison | 2005 |
| AOSSM Nominating Committee | 2006 |
| Program Committee, American Orthopedic Society for Sports Medicine | 2005 |
| Electronic Technology Committee, American Shoulder and Elbow Surgeons | 1005 |
| International Cartilage Repair Society, Outcomes and Clinical Trials Committee | 2002 |
| Learning Center Scholarship Committee, Arthroscopy Association of North America | 2002 |
| Member, HIPPA Compliance Committee, Midwest Orthopaedics | 2002 |
| PhD Examination Committee Member, University of Wisconsin-Madison | 2001 |
| Illinois Association of Orthopedic Surgeons Education Committee | 2001 |
| Arthritis Foundation, Board of Director | 2001 |
| Orthopedics Research and Education Foundation Development Committee | 2001 |
| Member, AAOS Committee on Electronic Media | 2000 |
| Member, AAOS Subcommittee on Sports Medicine Evaluation | 2000 |
| Member, Faculty Council for Rush Medical College | 2000 |
| Director, Finance Committee, Rush Surgicenter | 2000 |
| Member, Executive Committee, Midwest Orthopaedics | 2000 |
| Director, Marketing Committee, Midwest Orthopaedics | 1998 |
| Director, Coding Practices Committee, Midwest Orthopaedics | 1997 |
| Executive Member, University of Chicago Graduate Program in Health Administration | 1997 |
| Member, Medical Care Evaluation Committee, Rush-Presbyterian-St.-Luke's Medical Center | 1997 |
| Member, Medical Records Committee, The Hospital for Special Surgery | 1993-1996 |
| Member, Cost Containment Committee, The Hospital for Special Surgery | 1991-1996 |

## SUPPLEMENTAL CLINICAL RESPONSIBILITIES

| | |
|---|---|
| President, Cartilage Research Foundation, Inc. | 2002 |
| Chief Operating Officer, Orthopedics International, LLC | 2002 |
| Chief Medical Officer, Eminent Orthopaedics | 2000 |
| Director, Rush Cartilage Restoration Center | 1999 |
| Director, Fresh Cartilage Program, Regional Organ Bank of Illinois/AlloSource | 1999 |
| Member, Medical Advisory Board, AlloSource | 1999 |
| Director, Chicago-Area High School Football Medical Coverage Program | 1998 |
| Clinical Advisory Board, Genzyme Tissue Repair | 1988 |
| Orthopaedic Director, Hemophilia Program, Rush-Presbyterian-St.-Luke's Medical Center | 1997 |
| Sports Medicine Consultant, Master's Hockey League | 1998 |
| Sports Medicine Consultant, Lake Shore Athletic Club | 1997 |

## EDITORIAL AND REVIEW RESPONSIBILITIES

| | |
|---|---|
| Associate Editor, American Journal of Orthopedics, Shoulder and Elbow | 2006 |
| Reviewer, Journal of the American Academy of Orthopaedic Surgeons | 2006 |
| Reviewer, Journal of Knee Surgery, SLACK Publications | 2004 |
| Editor, Meniscus Surgery, Operative Techniques in Sports Medicine | 2003 |
| Reviewer, American Journal of Sports Medicine | 2002 |
| Associate Editor, Sports Medicine Reports | 2002 |
| Editor, Advances in Articular Cartilage, Orthopedic Quarterly | 2002 |
| Editor, Articular Cartilage Lesions: A practical guide to assessment and management, Springer | 2002 |
| Editor, Arthroscopy, WB Saunders | 2002 |
| Editor, Sports Medicine, Orthopedic Quarterly | 2001 |
| Editor, Atlas of Surgical Techniques in Sports Medicine, Thieme Publishing | 2001 |
| Editor, Sports Medicine Reports | 2001 |
| Editor, Chondral Injury, Techniques in Orthopedics, WB Saunders | 2001 |

| | |
|---|---|
| Editor, Shoulder Arthroscopy: Approaches for the New Millennium, Clin Ortho Rel Res | 2001 |
| Editor, Cartilage Restoration, in *The Arthritic Knee*, AAOS CDROM | 2000 |
| Editor, Alternative Techniques for Cartilage Restoration, AAOS Website | 1991 |
| Book Reviewer-Doody Publishing | 1996 |

## TEAM PHYSICIAN/CONSULTANT RESPONSIBILITIES

| | |
|---|---|
| Michigan State University | 2005-Present |
| Chicago Bulls, Head Team Physician | 2005-Present |
| Chicago White Sox, Co-Team Physician | 2004-Present |
| Chicago Rush Arena Football, Team Orthopedic Surgeon | 2001-Present |
| Elmhurst College | 2001-Present |
| Master's Hockey League | 1998-Present |
| Lyden High School Football Team | 1997-1999 |
| Prosser High School Football Team | 1997-Present |
| Northeastern Illinois University Basketball Team | 1997-1998 |
| The University of Pittsburgh Panthers Football Team | 1997-1998 |
| The Pittsburgh Ballet Company | 1997-1998 |

## RESEARCH ACTIVITIES

**RUSH-PRESBYTERIAN-ST.-LUKE'S MEDICAL CENTER, SECTION OF SPORTS MEDICINE**
Shoulder instability, rotator cuff repair, post-meniscectomy arthrosis, cartilage allograft transplantation in the knee, autologous chondrocyte implantation, meniscus transplantation and collagen meniscus replacement, gait analysis. (1997-present)

**THE UNIVERSITY OF PITTSBURGH, DEPARTMENT OF SPORTS MEDICINE,**
**FREDDIE H. FU, MD, CHRISTOPHER D. HARNER, MD, JON J.P. WARNER, MD**
Arthroscopic shoulder stabilization, the rotator interval of the shoulder and multiple ligament injuries of the knee. (1996-1997)

**THE HOSPITAL FOR SPECIAL SURGERY, RUSSELL R. WARREN, MD**
Osteoinductive proteins, bioresorbable copolymers, cost containment, hip fractures in the elderly, and the rotator interval of the shoulder. (1992-1996)

**THE HOSPITAL FOR SPECIAL SURGERY, SECTION OF METABOLIC BONE DISEASE, JOSEPH M. LANE, MD, BASIC SCIENCE OF OSTEOINDUCTION**
One-year research (75%) and clinical (25%) fellowship in metabolic bone disease with emphasis on osteoporosis, hard tissue analysis and the biology of rhBMP-2. Experience in rat and rabbit orthopaedic surgery. (1991-1992)

**THE UNIVERSITY OF CHICAGO, SECTION OF CARDIOLOGY, WYLIE MCNABB, EdD, PREVENTIVE CARDIOLOGY**
Behavior change techniques in preventive cardiology. (1989-1990)

**THE UNIVERSITY OF CHICAGO, SECTION OF PULMONARY AND CRITICAL CARE MEDICINE, LAWRENCE D.H.WOOD, MD, PhD, LUNG REPERFUSION INJURY**
A canine model for lung transplantation. (1987-1988)

**THE UNIVERSITY OF ILLINOIS, BIOLOGICAL DIVISION, WILLIAM T. GREENOUGH, PhD, MORPHOLOGICAL EFFECTS OF ENVIRONMENT ON THE NEUROANATOMY OF THE RAT BRAIN.**
Investigated the effects of exercise as compared to the effects of an enriched environment in the rat cerebral cortex. (1983-1986)

## GRANTS

Arthroscopy Association of North America, Principal Investigator, *The Effects of Bupivicaine on Articular Cartilage of the Glenohumeral Joint in Rabbits ($25,000)* 2006

American Society for Sports Medicine, Young Investigator Award, *The Intermediate-Term Effects of Bupivicaine on Articular Cartilage of the Glenohumeral Joint in Rabbits ($40,000)* 2006

Arthrex Corporation, Principal Investigator, *The effects of impaction force and frequency on Chondrocyte Viability ($25,000)* 2006

Musculoskeletal Transplant Foundation, Principal Investigator, *The Effects of Freezing and Re-Freezing Allograft Meniscus Transplants* ($75,000) 2004

Zimmer, Principal Investigator, *Implementation of Juvenile Allograft Cartilage Transplants in Sheep Cartilage Defects* ($135,000) 2004

Pfizer, Principal Investigator, *Prospective Randomized, Double Blind Study Investigating Adjunctive Intra-articular Steroids in Patients Undergoing Arthroscopy for Meniscal Tears and Osteoarthritis* ($100,000) 2004

Musculoskeletal Transplant Foundation, Principal Investigator, *Optimization of the Metabolic State of Cold Preserved Allograft Cartilage Prior to Transplantation* ($81,000) 2004

NFL Charities Medical Grant, Co-Investigator, *Effects of Thermal Chondroplasty with Radiofrequency Energy* ($115,300) 2001

Orthopaedic Research and Education Foundation/Bristol-Myers/Squibb Zimmer Orthopaedic Surgery Career Development Award (01-035 - $50,000) 2001

Rush Arthritis and Orthopedic Institute, Principal Investigator ($25,000), *Osteochondral Allograft Preservation* 2000

AlloSource. Co-Principal Investigator ($360,000), *Preservation of Osteochondral Allografts* 2000

NIH Grant (R21). Co-investigator ($324,000), *Cartilage Modification with Radiofrequency Energy* (RFA-AR-99-004) 1999

Orthopaedic Research Education Foundation Grant # 93-026 ($15,000) *The Application of rhBMP-2 to HA-coated porous titanium Implants* 1993

The Hospital for Special Surgery Resident Research Grant #3360M ($6,000) 1993

United States Public Health Service Scholarship ($10,000) 1989

NIH medical student grant-preventive cardiology ($1,500) 1989

NIH medical student grant-pulmonary medicine ($1,500) 1987

## RESEARCH IN PROGRESS

1. Williams J, Yanke A, Wang V, **Cole BJ:** In Vivo Investigation of Biocleanse Sterilization of Human Meniscal Tissue in the Sheep Knee.

2. Lattermann C, Anbari A, McCarty LP, **Cole BJ,** Romeo AA: 3-year follow-up of arthroscopic treatment for recalcitrant lateral epicondylitis.

3. Merrihew C, Pfister BE, Miyazaki T, Thonar EJ, **Cole BJ,** Masuda K: Age-related changes in the biomechanical properties of scaffold-free engineered cartilage tissue-challenge to the age limitation.

4. Warner JP, Dennis M, **Cole BJ:** Intraobserver and interobserver reliability of the SLAP classification system by video arthroscopy

5. **Cole BJ**, Nho S, Markel M: The effect of RF on articular cartilage stiffness using the Artscan stiffness probe.

6. Masuda K, Tatsuya M, **Cole B,** An H, Hejna M, Thonar E: Tissue engineered human articular cartilage produced from knee biopsy specimen: Alginate-recovered-chondrocyte method and Osteogenic Protein-1.

7. **Cole BJ,** Bach BB, Bush-Joseph C: A multicenter trial of collagen meniscus implants for preservation and restoration of the medial meniscus (Principal Investigator).

8. **Cole BJ,** Bach BB, Bush-Joseph C**:** Study of the Treatment of Articular Repair (STAR). A prospective, longitudinal within patient evaluation of the effectiveness (durability) of Carticel (autologous cultured chondrocytes) compared to non-carticel surgical treatment for articular cartilage defects of the knee. (Principal Investigator).

## MASTER’S DEGREE MENTORSHIPS

Adam Yanke, BS. MS/MD Program, Rush University Medical Center, 2006

Richard Kang, BS. The Effects of Graft Impaction of Osteochondral Plugs. MS/MD Program, Rush University Medical Center, 2006.

Paul Lewis, MS. Increasing Meniscal Allograft Tissue Yield: Biomechanical Impact of Multiple Freeze-Thaw Cycles. MS/MD Program, Rush University Medical Center, 2005.

Tamara Pylawka, MS. Nitric Oxide Production in Cold Preserved Osteochondral Allograft Tissue. MS/MD Program, Rush University Medical Center, 2004.

Stephen Lee, MD. Tibiofemoral Contact Mechanics Following Serial Posterior Medial Meniscectomies in the Human Cadaveric Knee, 2004.

Andre L. Thomas, MD. Patellofemoral Contact Pressures Following Anteromedialization of the Tibial Tubercle, 2004.

Shane J. Nho, MD, MS. Comparison of Ultrasonic Suture Welding and Traditional Knot Tying in a Rabbit Rotator Cuff Repair Model, 2003.

**PUBLICATIONS: PEER-REVIEWED**

1. Yanke A, Provencher MT, **Cole BJ:** 5 Points on Double-Row and "Transosseous Equivalent" Rotator Cuff Repair. J of Orthopaedics, Accepted, 2007.

2. Anbari A, **Cole BJ:** Technical Note: Medial patellofemoral ligament reconstruction-A novel approach. Sumbitted, Arthroscopy, November, 2006.

3. Glenn RE, McCarty PL, **Cole B:** Technical Note: The accessory posteromedial portal revisited: Utility for arthroscopic rotator cuff repair, Arthroscopy, 22:10, 1133-1135, October, 2006.

4. Lewis PB, McCarty LP, Wang RW, **Cole BJ :** Basic science and treatment options for articular cartilage injuries, JOSPT, 36:10, pp 717-727, October, 2006.

5. Nho SJ, **Cole BJ,** Mazzocca AD, Williams JM, Romeo AA, Bush-Joseph CA, Bach BR, Hallab NJ: Comparison of ultrasonic suture welding versus traditional knot tying in a rabbit rotator cuff repair model. J Shoulder Elbow Surg, September/October, pp 630-639, 2006.

6. Lee GH, McCulloch P, **Cole BJ,** Bush-Joseph CA, Bach BR : Incidence of patellar tendon harvest complications for anterior cruciate ligament reconstruction. Submitted JKS, October. 2006.

7. **Cole BJ,** Gomoll AH, Yanke A, Pylawka T, Lewis P, MacGillivray JD, Williams JM: Biocompatibility of a Polymer Patch for Rotator Cuff Repair. Knee Surg Sports Traumatol Arthrosc., Sep 9, 2006; [Epub ahead of print].

8. Chubinskaya S, Hakimiyan AA, Rappaport L, Yanke A, Reuger DC, Sobhy, M, **Cole BJ:** Response of human chondrocytes prepared for autologous chondrocyte implantation to growth factors. Submitted, Am J Sports Med, September, 2006.

9. Gomoll AH, Minas T, Farr J, **Cole BJ:** Treatment of chondral defects in the patellofemoral joint, J Knee Surgery, Oct, 19:285-295, 2006.

10. Lee SJ, Aadalen KJ, Malaviya P, Lorenz EP, Hayden JK, Farr J, Kang RW, **Cole BJ:** Tibiofemoral contact mechanics following serial medial meniscectomies in the human cadaveric knee. Am J Sports Medicine, 34:8, 1334-1344, 2006.

11. Gomoll AH, Kang R, Williams JM, Bach BR, **Cole BJ:** Chondrolysis after continuous intra-articular bupivicaine infusion. An experimental model investigating chondrotoxity in the rabbit shoulder. Arthroscopy, 22:8, 813-819, 2006.

12. Gomoll AH, Kang RW, Chen AL, **Cole BJ:** The triad of cartilage restoration: Meniscus allograft transplantation, focal articular cartilage repair and osteotomy. Submitted, J Knee Surg, 2006.

13. Gomoll AH, Minas T, **Cole BJ:** Treatment of chondral defects in the patellofermoral joint. Accepted, J Knee Surg, 2006.

14. Lattermann C, Kang RW, **Cole B:** Sports Medicine Update: What's New in The Treatment of Focal Chondral Defects of the Knee, Accepted, Orthopedics, 2006.

15. Kang R, Lattermann C, **Cole BJ:** Allograft Meniscus Transplantation: Background, Indications, Techniques, and Ouctomes. J Knee Surg, 19:3, 1-11, July 2006.

16. Lu Y, Dhanaraj S, Wang Z, Bradley DM, Bowman SM, **Cole BJ**, Binette, F: Minced cartilage without cell culture serves as an effective cell source for cartilage repair. Journal of Orthopedic Research, 1261-1270, June, 2006.

17. McCulloch PC, Kang RW, **Cole BJ:** Osteochondral allografts for large defects in the knee, Tech Knee Surg, 5(3):165-173, 2006.

18. Kolb E, **Cole BJ**, Berkson E, Garretson R, Farr J, Fregly B: The effects of medial meniscal transplantation techniques on intra-articular contact pressures. Returned for revision: AJSM, 2006.

19. Kang RW, Gomoll AH, Nho SJ, Pylawka TK, Cole BJ. Clinical and Biomechanical Outcomes after Mechanical Debridement and Radiofrequency Ablation in the Treatment of Chondral Defects - A Prospective Randomized Study. Submitted: Journal of Knee Surgery, March 2006.

20. Walczak B, Kang RW, Zelazny A, Tedeschi F, McCulloch PC, **Cole BJ:** Prevalence of abnormal findings of the knees on MR imaging of asymptomatic NBA basketball players. Submitted: Am J Sports Med, April, 2006.

21. Edwards RB; Lu Yan; **Cole BJ;** Muir P; Markel MD: Prototype Radiofrequency Probe Stabilizes Cartilage Matrix in an equine model. Submitted: J Veterinary Surgery, June, 2006.

22. Creighton RA, **Cole BJ,** Nicholson GP, Romeo AA, Lorenz EP: Effect of lateral meniscus allograft on shoulder articular contact areas and pressures. Accepted, J Shoulder Elbow Surg, Feb, 2006. (awaiting revisions)

23. Lewis PH, Williams JM, Hallab N, Virdi A, Singaraju V, **Cole BJ:** Multiple freeze-thaw cycled meniscal allograft tissue: A biomechanical, biochemical and histologic analysis. J Ortho Res, Submitted: July 2006.

24. **Cole BJ**, Dennis MG, Lee S, Nho S, Kalsi R, Hayden J, Verma NN: Prospective evaluation of allograft meniscus transplantation: Minimum 2-year follow-up. Am J Sports Med, 34(6):902-910, 2006.

25. **Cole BJ,** Millett PJ, Romeo AA, Burkhart SS, Andrews JR, Dugas JR, Warner JJP: Arthroscopic treatment of anterior glenohumeral instability: Indications and techniques. AAOS Instructional Course Lectures Shoulder and Elbow, pp 17-30, 2006.

26. **Cole BJ**, Kang R Alford W, Wisnlow A, McCarty P, Hayden J, Pylawka T: Arthroscopic rotator cuff repair: Prospective evaluation at minimum two-year follow-up with MRI evaluation. Submitted: J Shoulder Elbow Surgery, 2006.

27. Alford JW, Caravelli ML, **Cole BJ:** Arthroscopic removal of a broken staple occurring 24 years after insertion that presented as lateral joint line pain and joint locking. J Knee Surg, 19:1, p 37-40, January 2006.

28. Lee SJ, Aadalen KJ, Malaviya P, Lorenz EP, Hayden JK, Farr J, Kang RW, **Cole BJ:** Tibiofemoral contact mechanics following serial medial meniscectomies in the human cadaveric knee. AJSM, April, 2006.

29. Pylawka TK, Williams JM, Virdi AS, **Cole BJ,** Wimmer MA: Impaction effects on cell viability in osteochondral tissues during transplantation. Accepted, J Knee Surgery, April 2007.

30. Warner JJP, **Cole BJ,** Herndon JH: An academic compensation plan for an orthopaedic department. Accepted, Clin Ortho Rel Res, December, 2006.

31. Burnett BP, Levy R, **Cole BJ:** Metabolic Mechanisms in the Pathogenesis of Osteoarthritis: A Review. J Knee Surg, July 2006; 19(3):191-197.

32. Beck PW, Thomas AL, Farr J, Lewis P, **Cole BJ:** Trochlear contact pressures after anteromedialization of the tibial tubercle, Am J Sports Med, 33:1110-1714, 2005.

33. Alford W, **Cole BJ:** The indications and technique for meniscal transplantation. Ortho Clin N Am, 36:469-484, 2005.

34. McCarty LP, **Cole BJ:** Nonarthroplasty treatment of glenohumeral cartilage lesions. Arthroscopy 21:9, 1131-1142, 2005.

35. Glenn RE, **Cole BJ,** Fox JA, Meininger AK Romeo AA, Hayden JK: Articular cartilage thickness of the humeral head: An anatomic study. Accepted: Orthopedics (blue journal) 2006.

36. Lattermann C, Bach BR, **Cole BJ,** Bush-Joseph CA, Beck C, Beck R: Technical Note: Integration of arthroscopic and C-Arm/Fluoroscan imaging into the arthroscopic image management system. Accepted: J Knee Surg 2007.

37. Creighton RA, **Cole BJ:** Case Report: Upper extremity deeps vein thrombosis after shoulder arthroscopy. Accepted, JSES, 2005 (awaiting revisions).

38. Williams JM, Virdi TK, Pylawka RB, Edwards RB, Markel MD, **Cole BJ:** Prolong-fresh preservation of intact whole canine femoral condyles for the potential use as osteochondral allografts, J Ortho Res 23:831-837, 2005.

39. Katolik L, **Cole BJ,** Romeo AA, Verma N, Hayden J, Bach B. Normalization of the constant score. J Shoulder Elbow Surg, May/June, 279-285, 2005.

40. Alford W, **Cole B:** Failed ACL reconstruction and meniscus deficiency. Background, indications, and techniques for revision ACL reconstruction with allograft meniscus transplantation. Sports Med Arthroscopic Rev, 13:2, 93-102, 2005.

41. Lu Y, Bogdanske J, Lopez M, **Cole BJ,** Markel MD: Effect of simulated shoulder thermal capsulorrhaphy using radiofrequency energy on glenohumeral fluid temperatures, Arthroscopy, 21:5, 592-596, 2005.

42. Nho SJ, Freedman KB, Bansal SL, Romeo BR, Bush-Joseph CA, Turner DA, **Cole BJ:** The effect of radiofrequency energy on non-weight bearing areas of bone following arthroscopic acromioplasty and anterior cruciate ligament reconstruction, Orthopedics, 28:4, 392-399, 2005.

43. Laasanen MS, Jurvelin JS, **Cole BJ,** Kurkijarvi J, Saarakkala S, Kiviranta I: Feasibility of arthroscopic *in vivo* indentation measurements of human knee joint articular cartilage. Submitted, J Knee Surgery, 2006.

44. Alford W, Lewis P, Kang RW, **Cole B:** Rapid progression of chondral disease in the lateral compartment of the knee following meniscectomy: Two case reports. Arthroscopy. 21(12):1505-9, 2005.

45. McCarty LP, **Cole BJ:** Reconstruction of the glenohumeral joint following bipolar chondrolysis using a lateral meniscal allograft to the glenoid and osteoarticular humeral head allograft. Accepted, JSES, December, 2006.

46. Alford JW, **Cole BJ:** Cartilage Restoration: Techniques, Outcomes, and Future Directions. Am J Sports Med, 33 (3), 443-460, 2005.

47. Alford JW, **Cole BJ:** Cartilage Restoration, Part 1: Basic Science, Historical Perspective, Patient Evaluation, and Treatment Options, Am J Sports Med, 33(2), 295-306, 2005.

48. **Cole B,** Schumacher HR: Injectable Corticosteroids in Modern Practice, J Am Ac Ortho Surgeons, Jan-Feb, 37-45, 2005.

49. Farr J, Lewis P, **Cole B:** Articular cartilage: Patient evaluation and surgical decision making. J Knee Surg, 17:4, 219-228, 2004.

50. Chhabra A, Cha P, Rihn J, **Cole B,** Waltrip RL, Bennett C, Harner C: Surgical Management of Knee Dislocations, J Bone J Surg, 87-A:1-21, March, 2005.

51. Garretson RB, Katolik LI, Verma N, Beck PR, Bach BR, **Cole BJ:** Contact pressure at osteochondral donor sites in the patellofemoral joint. Am J Sports Med, Jun-Jul:32((4):967-974, 2004.

52. Farr J, Meneghini RM, **Cole BJ**: Allograft interference screw fixation in meniscus transplantation. Arthroscopy, 20:322-327, 2004.

53. Harner CD, Waltrip RL, Bennett CH, Francis KA, **Cole BJ**, Irrgang JJ: Surgical management of knee dislocations. J Bone Joint Surg, 86-A:262-273, 2004.

54. **Cole BJ,** Lee SJ: Complex knee reconstruction: Articular cartilage treatment options. Arthroscopy, (19) Supplement 1, 1-10, 2003.

55. Freedman K, Nho S, **Cole B:** Marrow stimulating techniques to augment meniscus repair, Arthroscopy, 19(7):794-798, 2003.

56. **Cole BJ,** Gross RM: Melvin Post, MD, 1928-2002. J Shoulder Elbow Surg, 12:4, 411-412, 2003.

57. **Cole BJ,** Mazzocca AD, Meneghini RM: Indirect arthroscopic rotator interval repair, Arthroscopy, 19:6 E56, July-August, 2003.

58. Fox JA, Kalsi RS, **Cole BJ**. Update on Articular Cartilage Restoration, Tech in Knee Surg 2(1):2-17, 2003.

59. Mazzocca AD, Meneghini RM, Chablani R, Badrinath SK, **Cole BJ,** Bush-Joseph C. Epinephrine-induced pulmonary edema during arthroscopic knee surgery: a case report. J Bone Joint Surg, 85A:913-915, May 2003.

60. **Cole BJ**, Freedman KB, Takasali S, Hingtgen B, DiMasi M, Bach Jr. BR, Hurwitz DE: Use of a lateral offset short-leg walking cast before high tibial osteotomy. Clin Ortho Rel Res, 408:209-217, 2003.

61. **Cole BJ**, Carter TR, Rodeo SA: Allograft Meniscal Transplantation: Background, Techniques, and Results, In *American Academy of Orthopedic Surgeons Instructional Course Lectures,* Ferlic DC (ed), Rosemont, Illinois, 52: 383-396, 2003.

62. Hayden JK, **Cole BJ**: The effectiveness of a pain wrap compared to a standard dressing on the reduction of postoperative morbidity following routine knee arthroscopy: a prospective randomized single-blind study. Orthopedics, 26:1, 59-63, 2003.

63. Romeo AA, **Cole BJ,** Mazzocca AD, Fox JA, Freeman KB, Joy E: Autologous chondrocyte repair of an articular defect in the humeral head. Arthroscopy, 18:8, 925-929, 2002.

64. Lu Y, Edwards RB, Nho S, **Cole BJ**, Markel MD: Lavage solution temperature influences depth of chondrocyte death and surface contouring during thermal chondroplasty with temperature-controlled monopolar radiofrequency energy. Am J Sports Med, 30:5, 667-673, 2002.

65. Lu Y, Edwards RB, Nho S, Heiner JP, **Cole BJ**, Markel MD: Thermal chondroplasty with bipolar and monopolar radiofrequency energy: Effect of treatment time on chondrocyte death and surface contouring. Arthroscopy, 18:7, 779-788, 2002.

66. Noerdlinger MA, **Cole BJ,** Stewart M, Post M: Results of pectoralis major transfer with fascia lata autograft augmentation for scapula winging. J Shoulder Elbow Surg, July/August, 11:345-350, 2002.

67. **Cole BJ**, Rodeo S, Carter T: Allograft Meniscus Transplantation: Indications, Techniques, Results, J Bone Joint Surg, 84A:1236-1250, 2002.

68. Gitelis S, **Cole BJ:** Allografts in Orthopedics, In *American Academy of Orthopedic Surgeons Instructional Course Lectures*, Zuckerman JD (ed), Rosemont, Illinois, 51:507-520, 2002.

69. Edwards RB, Lu Y, Nho S, **Cole BJ,** Markel MD: Thermal chondroplasty of chondromalcic human cartilage: An *ex vivo* comparison of bipolar and monopolar radiofrequency devices. Am J Sports Med, 30:90-97, 2002.

70. Masuda K, **Cole BJ**: Cartilage repair: Autologous chondrocyte transplantation. Bone Joint Ligament (Japanese) 14(8):845-853, 2001.

71. Curran AR, Park AE, Bach BR, Bush-Joseph CA, **Cole BJ**, Yao ES: Outpatient anterior cruciate ligament reconstruction: An analysis of charges and perioperative complications. Am J Knee Surg 14:145-151, 2001.

72. **Cole BJ**, Romeo AA, Warner JJP: Arthroscopic Bankart repair with the Suretac Device for traumatic anterior shoulder instability in athletes. Ortho Clin North America, 32:3, 411-421, 2001.

73. **Cole BJ**, Rodeo SA, O'Brien S, Altchek D, Lee D, DiCarlo EF, Potter H: The anatomy and histology of the rotator interval capsule of the shoulder. Clin Ortho Rel Res, 390:129-137, 2001.

74. **Cole BJ,** Romeo AA: Arthroscopic shoulder stabilization: Technique, technology and pitfalls. Clin Ortho Rel Res, 390:17-30, 2001.

75. Lu Y, Edwards RB, **Cole BJ**, Markel MD. Thermal chondroplasty with radiofrequency energy: An in vitro comparison of bipolar and monopolar radiofrequency devices. Am J Sports Med 29:42-49, 2001.

76. Lu Y, Edwards RB, Kalscheur VL, Kalscheur HT, Nho S, **Cole BJ,** Markel MD: Effect of bipolar radiofrequency on human articular cartilage: Comparison of fluorescent vital cell staining and light microscopy. Arthroscopy 17:117-123, 2001.

77. **Cole BJ**, Frederick RW, Levy AS and Zaslav KR: Management of a 37-year old man with recurrent knee pain. Hospital Physician 36: 6: 42-65, June 2000.

78. **Cole BJ**, L'Insalata J, Irrgang J, Warner JJP: Arthroscopic versus open shoulder stabilization: a 2-to 6- year follow-up. J Bone Joint Surg, 82A: 1108-1114, August, 2000.

79. **Cole BJ,** Warner JJP: Arthroscopic versus open Bankart repair for traumatic anterior shoulder instability: Decision making and results, Clinics Sports Medicine, 19: 1, 19-48, January, 2000.

80. **Cole BJ**, Harner CD: Degenerative arthritis of the knee in active patients: Evaluation and management. J Am Acad Orthop Surg. 7: 389-402, November/December, 1999.

81. Lane JM, Yasko AW, Tomin E, **Cole BJ**, Waller S, Brown M, Turek T, Gross J: Bone marrow and recombinant human bone morphogenetic protein-2 in osseous repair. Clin Ortho Rel Res. 361:216-227, 1999.

82. **Cole BJ,** Harner CD: Management options for the multiple ligament-injured knee. Ortho Clin North America, 18:241-262, January, 1999.

83. **Cole BJ**, Frederick RW, Levy AS and Zaslav KR: Management of a 37-year old man with recurrent knee pain. J Clin Outcomes Management, 6:6, 46-57, June, 1999.

84. **Cole BJ,** Flics S, Levine DB: Optimizing reimbursement through physician awareness: A step toward better patient care. Orthopedics 21:1, 79-83, January, 1998.

85. Dowdy PA, **Cole BJ**, Harner CD: Knee arthritis in the active individuals. Phys Sports Med, June, 43-54, 1998.

86. **Cole BJ**, Bostrom PG, Pritchard TL, Sumner DR, Tomin E, Lane M, Weiland AJ: The application of rhBMP-2 to intramuscularly placed titanium porous hydroxyapatite-coated implants. A radiographic and histomorphometric *in vivo* assay in rats. Clin Ortho Rel Res. 345:219-228, 1997.

87. **Cole BJ**, Schultz E, Smilari TF, Hajdu S, Krauss E: Malignant fibrous histiocytoma at the site of a total hip replacement. A review of the literature and a case report. Skeletal Radiology, 26:559-563,1997.

88. Levine DB, **Cole BJ**, Rodeo SA: Cost awareness and cost containment at the Hospital for Special Surgery: Strategies and total hip replacement cost centers. Clin Ortho Rel Res. 311:117-124, February, 1995.

**PUBLICATIONS: OTHER**

1. **Cole BJ:** Patient and graft selection important for meniscal allograft transplant success. Orthopedics Today, 27(1), 56, 2007.

2. Gomoll AH, McCulloch P, Kang RW, **Cole BJ:** Treatment of chondral defects in the shoulder. Op Tech in Ortho, 16:4, 232-243, October 2006.

3. Lattermann C, Kang RW, **Cole BJ:** What's new in the treatment of focal chondral defects of the knee? Orthopedics, 29:898, 2006.

4. Lewis PB, MCCarty LP, Kang RW, **Cole BJ:** Basic science and treatment options for articular cartilage injuries. Journal of Orthopaedics and Sports Physical Therapy, September, 2006.

5. **Cole BJ:** Osteochondral allograft implants work. Orthopedics, Today, Volume 26, Number 3, p 10, March 2006.

6. **Cole BJ:** Commentary: ICL Shoulder and Elbow, January 2006.

7. Detterline AJ, Goldberg S, Bach BR, **Cole BJ:** Treatment options for articular cartilage defects of the knee, Ortho. Nurs, 24(5): 361-366, Sep/Oct 2005.

8. **Cole BJ:** Special Focus Update on Articular Cartilage. J Knee Surg, 17:4, 218, 2004.

9. Alford JW, **Cole BJ:** Failed ACL and meniscus deficiency: Background, indications, and techniques for revision ACL reconstruction with Allograft Meniscus Transplantation, Sports Med Arthoscopy Rev, 2004.

10. Fox JA, **Cole BJ:** Pectoralis major transfer for scapular winging. Op Tech Ortho, 13:4, 301-307, 2004.

11. Nho SJ, **Cole BJ:** Biomechanical and topographic considerations for autologous osteochondral grafting in the knee (abstract and commentary). Orthopaedic Symposium: Management of Chondral Injury and Meniscus Transplantation. Data Trace Publishing Company, 2003.

12. Bicos J, **Cole BJ.** Long-term follow-up of fresh femoral osteochondral allografts for posttraumatic knee defects (abstract and commentary). Orthopaedic Symposium: Management of Chondral Injury and Meniscus Transplantation. Data Trace Publishing Company, 2003.

13. Fox JA, **Cole BJ.** Shell osteochondral allografts of the knee: Comparison of MR imaging findings and immunologic responses (abstract and commentary). Orthopaedic Symposium: Management of Chondral Injury and Meniscus Transplantation. Data Trace Publishing Company, 2003.

14. Freedman KB, **Cole BJ.** Autologous chondrocyte transplantation: Biomechanics and long-term durability (abstract and commentary). Orthopaedic Symposium: Management of Chondral Injury and Meniscus Transplantation. Data Trace Publishing Company, 2003.

15. **Cole BJ**, Lee S: Arthroscopic Repair of Shoulder Instability (abstract & commentary). Sports Medicine Reports, 5(8):62-63, 2003.

16. Fox J, **Cole BJ.** Management of Articular Cartilage Injuries. Orthopedic Knowledge Update in Sports Medicine, Volume #3, American Academy of Orthopedic Surgeons, 2003.

17. Tu K, **Cole BJ,** Freedman KB: Augmentation of meniscus repair. Op Tech Sports Med, 11:2, 127-133, April, 2003.

18. **Cole BJ,** Fox JA, Lee SJ, Farr, J. Bone bridge in slot technique for meniscal transplantation. Op Tech Sports Med, 11:2, 144-155, April, 2003.

19. **Cole BJ**, Lee SJ: Laser capsulorrhaphy for MDI (abstract & commentary). Sports Medicine Reports, 5(6):48-9, 2003.

20. **Cole BJ**, Shervin N: Knee dislocations – what is the best treatment? (abstract & commentary). Sports Medicine Reports, 5(4):35-6, 2003.

21. **Cole BJ**, Lee SJ: Arthroscopic rotator cuff repair. Sports Medicine Reports, 5(3):17-9, 2003.

22. **Cole BJ,** Fox JA, Nho SJ, Beddow SA, Sasso LM, DiMasi M, Hayden JK: ACI recommended as second-line treatment for chondral disease. Academy News, p 19, February 8, 2003.

23. Fox JA, Lee SJ, **Cole BJ.** Bone plug technique for meniscal transplantation. Op Tech Sports Med, 11:2, 161-169, April, 2003.

24. **Cole BJ**, Shervin N: Comparing tibial fixation methods for hamstring grafts (abstract & commentary). Sports Medicine Reports, 5(2):13-4, 2003.

25. **Cole BJ**, Shervin N: Two-bundle ACLs (abstract & commentary). Sports Medicine Reports, 5(1):5, 2003.

26. **Cole BJ**, Shervin N: Shoulder instability – the first time is the best time (abstract & commentary). Sports Medicine Reports, 4(12):98-9, 2002.

27. **Cole BJ**, Shervin N: Reharvested patellar tendon grafts (abstract & commentary). Sports Medicine Reports, 4(12):95-6, 2002.

28. **Cole BJ,** Nho S: Current status of autologous chondrocyte implantation. Sports Medicine Reports, 4:10, 79-80, 2002.

29. Farr J, **Cole BJ:** Meniscus transplantation: Bone Bridge in slot technique. Op Tech Sports Med, 10(3):150-156, 2002.

30. Fox JA, Freedman KB, Lee SJ, **Cole BJ.** Fresh osteochondral allograft transplantation for articular cartilage defects. Op Tech Sports Med, 10(3): 168-173, 2002.

31. Fox J, **Cole BJ:** Pectoralis major transfer for scapular winging. Operative Techniques in Orthopedics, February, 2003.

32. **Cole BJ**: Mechanical injury and chondrocyte viability (Abstract & Commentary), Sports Medicine Reports, 4(8): 63-64, 2002.

33. **Cole BJ**: Three-dimensional analysis of the repair site area of suture anchors and transoseous bone tunnels (Abstract & Commentary), Sports Medicine Reports, 4(7): 52-53, 2002.

34. Mazzocca AD, **Cole BJ,** Romeo AA: Arthroscopic repair of full-thickness rotator-cuff tears: surgical technique. Operative Techniques in Orthopedics 12:167-175, 2002

35. Freedman JB, Coleman SH, Olenac C, **Cole BJ:** The biology of articular cartilage injury and the microfracture technique for the treatment of articular cartilage lesions. Seminar in Arthroplasty, 13(3): 202-209, 2002.

36. **Cole BJ**: Radiofrequency energy vs. mechanical debridement of patellar chondral lesions (Abstract & Commentary), Sports Medicine Reports, 4(5): 34-35, 2002.

37. Nho SJ, Martin JS, Beddow SA, **Cole BJ**: Contemporary treatment of degenerative arthritis of the knee. Submitted: Home Health Care Consultant, 2002.

38. Lu Y, Markel M, Edwards R, Heiner J, Nho S, **Cole BJ**: Monopolar RFE reduces chondrocyte death. Academy News: The Annual Meeting Edition of the AAOS Bulletin, C:1, 2002.

39. Sellards RA, Nho SJ, **Cole BJ**: Chondral injuries. Current Opinion in Rheumatology, 14:134-141, 2002.

40. **Cole BJ**: The Knotless suture anchor (Abstract & Commentary), Sports Medicine Reports, 4(1):5-6, 2002.

41. **Cole BJ**: Histologic Analysis of an exact-fit, autogenous, osteochondral transplantation model (Abstract & Commentary), Sports Medicine Reports, 3(12):91-92.

42. **Cole BJ:** Thermal capsulorrhaphy to treat internal impingement in baseball players (Abstract & Commentary), Sports Medicine Reports, 3(11):81-82.

43. **Cole BJ**, Noerdlinger M, Nho SJ, Sellards R: Allograft meniscus transplantation: Background, techniques and results. Orthopedic Special Edition, 8, 20-27, 2002.

44. **Cole BJ**, L'Insalata J, Irrgang J, Warner JJP: Arthroscopic repair versus open surgery for shoulder instability: Letter to the editor, Journal Bone and Joint Surgery, 83A(6):952-953, 2001.

45. Sellards R, **Cole BJ**: Multidirectional shoulder instability, Pocket Sports Medicine, PocketMedicine.com, 2001.

46. Sellards R, **Cole BJ**: Anterior shoulder instability, Pocket Sports Medicine, PocketMedicine.com, 2001.

47. Sellards R, **Cole BJ**: Posterior shoulder instability, Pocket Sports Medicine, PocketMedicine.com, 2001.

48. D'Amato M, **Cole BJ**: Autologous Chondrocyte Implantation, Orthopedic Techniques, 11:115-131, 2001.

49. **Cole BJ**, Farr J: Putting it all together, Orthopedic Techniques, 11:151-154, 2001.

50. Miller M, **Cole BJ**: Atlas on chondral injury, Orthopedic Techniques, 11:145-150:2001.

51. Romeo AA, Cohen B, **Cole BJ**: Arthroscopic repair of full-thickness rotator cuff tears: Surgical technique and available instrumentation. Orthopedic Special Edition, 7, 25-30, 2001.

52. Cohen B, **Cole BJ**, Romeo AA: Thermal capsulorrhaphy of the shoulder. Operative Techniques in Orthopaedics 11: 38-45, 2001.

53. **Cole BJ,** Dealing with unlisted arthroscopic procedures (CPT Code 29909). In the Loop, 2 (2), page 4.

54. **Cole BJ**, Cohen B: Chondral injuries of the knee: A contemporary view of cartilage restoration. Orthopedic Special Edition, 6:2, 71-76, 2000.

55. **Cole BJ**, Taksali S: Keeping aging adults active: Operative treatment options. Phys Sports Med. Special Report, May, 2000: 20-30.

56. **Cole BJ**, Romeo AA, Warner JJP: The use of bioabsorbable implants to treat shoulder instability. Techniques Sports Medicine, 8:3, 197-205, 2000.

57. **Cole BJ,** DiMasi M: Single-stage autologous chondrocyte implantation and lateral meniscus allograft reconstruction. Orthoped Tech Rev. 2:3, 44-59, 2000.

58. **Cole BJ**: Putting it all together: Cartilage Restoration. In: *The Arthritic Knee*, Rosenberg, A.G., Mabrey, J.D., and Woolson, S.T. (Eds.). Rosemont, Illinois, American Academy of Orthopedic Surgeons, 2000.

59. **Cole BJ (**Section Ed.): Cartilage Restoration: Alternative techniques for the management of articular cartilage disease. In: *The Arthritic Knee*, Rosenberg, A.G., Mabrey, J.D., and Woolson, S.T. (Eds.). Rosemont, Illinois, American Academy of Orthopaedic Surgeons, 2000.

60. **Cole BJ**, Dye SF, Wojtys EM, Fu FH, Fithian DC and Gillquist: Factors contributing to function of the knee joint after injury or reconstruction of the anterior cruciate ligament. In *American Academy of Orthopedic Surgeons Instructional Course Lectures*, Zuckerman JD (ed), Rosemont, Illinois, 48:185-198, 1999.

61. **Cole BJ**, DiMasi M: Knee injuries: What are the options? The Insider, Spring, 1999.

62. **Cole BJ**, Johnson D: Rotator cuff repair, The Insider, January-February, 1999.

63. **Cole BJ:** Diagnosing and managing ice hockey injuries. Part I: Groin injuries. Hockey News, 3:10, October, 1998.

64. **Cole BJ:** Does running cause osteoarthritis? The Insider, p. 7, March-April, 1998.

65. **Cole BJ:** Management options for arthritis of the knee in active individuals. The Insider, p.6, January-February, 1998.

66. **Cole BJ:** Before and after physician awareness: A Coder's-eye view. Strategic Orthopaedics, 1(4):43, 1997.

67. **Cole BJ:** Coding: Physician awareness key to reimbursement. Strategic Orthopaedics, 1(3):33, 1997.

68. **Cole BJ**: Treatment of the osteoarthritic ACL-insufficient knee. A review. Wyeth-Ayerst Resident Reporter, June, 1995.

69. **Cole BJ**, Lane JM: Recombinant human bone morphogenetic protein-2: A Review of its past, present and future utility in orthopaedic surgery. In Advanced Hospital Technology, 3-4: 49-57, 1992.

**<u>MAJOR TEXTBOOK SENIOR EDITOR</u>**

1. Miller M, **Cole BJ,** Sekiya J, Cosgeria A: Operative Techniques: Sports Knee, Elsevier, NY, NY, 2008.

2. **Cole BJ,** Gomoll A: Biologic Joint Reconstruction: Alternatives to Arthroplasty, SLACK Publishing, NY, NY, 2008.

3. **Cole BJ,** Sekiya JK: Surgical Techniques of the Shoulder, Elbow and Knee in Sports Medicine. Elsevier, NY, NY, 2006.

4. Simonian PT, **Cole BJ,** Bach BR: Sports Injuries of the Knee: Surgical Approaches. Thieme, NY, NY, 2006.

5. **Cole BJ** and Malik M: Chondral Disease of the Knee: A Case Based Approach, Springer Verlag, New York, New York, 2006.

6. **Cole BJ** and Malek M: Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

**7.** Miller M and Cole B: Textbook of Arthroscopy. WB Saunders, Philadelphia, PA, 2004.

**TEXT BOOKS/MAJOR ELECTRONIC MEDIA TEXTS**

1. **Cole BJ:** Arthroscopic SLAP and Bankart Repair, Orthopaedic Knowledge on Line, AAOS, 2007.

2. **Cole BJ:** Forward to *Strategies in Cartilage Repair*, Humana Press, NY, 2006.

3. **Cole BJ,** Non-Arthroscopic Alternatives to Glenohumeral Arthritis: Treatment Algorithm. Audio-Digest Orthopaedics, Volume 28:11, November 2005.

4. **Cole BJ,** Intr-articular Injection Techniques, Pfizer DVD, released September 2005.

5. **Cole BJ**, Simonian P, Bach B: Surgical Techniques in Knee Surgery, Thieme Publishing, 2005, In Press

6. **Cole BJ:** Technique of Intraarticular Knee Injections, www.depomedrolmd.com, 2005.

7. **Cole BJ:** Injectable Corticosteroids in Modern Practice, American Academy of Orthopedic Surgeons, DVD, 2005.

8. **Cole BJ:** (Section Editor)**:** Special Focus: Update on Articular Cartilage, J Knee Surgery, 17:4, 2004.

9. **Cole BJ,** Pearl M**:** The Athlete's Elbow, American Academy of Orthopedic Surgery, Rosemont, IL, 2004.

10. **Cole BJ:** Surgical Techniques in Orthopedics: Arthroscopic Rotator Cuff Repair, American Academy of Orthopedic Surgery, 2005.

11. **Cole BJ** Chhabra A, Katolik LI, Pavlovich R, Miller M: Sports Medicine. In: Review of Orthopaedics, 4th Edition, Saunders, New York, NY, 2004.

12. **Cole BJ:** Orthopaedic Symposium: Management of Chondral Injury and Meniscus Transplantation. Data Trace Publishing Company, 2003.

13. **Cole B:** Surgical Techniques in Orthopedics: Cartilage Restoration of the Knee, American Academy of Orthopedic Surgery, Rosemont, Illinois, 2003.

14. **Cole BJ (**Section Editor): Cartilage Restoration: Alternative techniques for the management of articular cartilage disease. In: *The Arthritic Knee*, Rosenberg, A.G., Mabrey, J.D., and Woolson, S.T. (Eds.). Rosemont, Illinois, American Academy of Orthopaedic Surgeons, 2000.

**BOOK CHAPTERS/CASE STUDIES**

1. Anbari A, Yanke A, **Cole BJ:** Chondroplasty and Microfracture. In: Miller M, Cole BJ, Sekiya J, Cosgeria A [Eds]: Operative Techniques: Sports Knee, Elsevier, NY, NY, 2008.

2. Anbari A, Yanke A, **Cole BJ:** Osteochondral Plug Transfer. In: Miller M, Cole BJ, Sekiya J, Cosgeria A [Eds]: Operative Techniques: Sports Knee, Elsevier, NY, NY, 2008.

3. Anbari A, Yanke A, **Cole BJ:** Autologous Chondrocyte Implantation. In: Miller M, Cole BJ, Sekiya J, Cosgeria A [Eds]: Operative Techniques: Sports Knee, Elsevier, NY, NY, 2008.

4. Anbari A, Yanke A, **Cole BJ:** Allograft Cartilage Transplantation. In: Miller M, Cole BJ, Sekiya J, Cosgeria A [Eds]: Operative Techniques: Sports Knee, Elsevier, NY, NY, 2008.

5. Anbari A, Yanke A, **Cole BJ:** Osteochondritis Dissecans. In: Miller M, Cole BJ, Sekiya J, Cosgeria A [Eds]: Operative Techniques: Sports Knee, Elsevier, NY, NY, 2008.

6. Anbari A, Yanke A, **Cole BJ:** Avascular Necrosis. In: Miller M, Cole BJ, Sekiya J, Cosgeria A [Eds]: Operative Techniques: Sports Knee, Elsevier, NY, NY, 2008.

7. Anbari A, Yanke A, **Cole BJ:** Osteotomy. In: Miller M, Cole BJ, Sekiya J, Cosgeria A [Eds]: Operative Techniques: Sports Knee, Elsevier, NY, NY, 2008.

8. Gomoll A, **Cole BJ:** Articular Cartilage Lesions. In: Delee JC, Drez D, Miller MD (Eds.): Delee & Drez's Orthopaedic Sports Medicine: Principles and Practice, 3rd Edition, 2007.

9. Alford JW, **Cole BJ:** Autologous Chondrocyte Implantation. In ElAttrache N, Sekiya J, Mirzayan R, Harner C [eds].Surgical Techniques in Sports Medicine, Lippincott Williams and Wilkins, 2006.

10. Freedman KB, **Cole BJ:** Implantation of Fresh Osteochondral Allografts of the Knee. In Simonian P, Cole BJ, Bach BR [eds].. Sports Injuries of the Knee, Thieme, NY, NY, pp 60-63, 2006.

11. D'Amato MJ, **Cole BJ:** Autologous Chondrocyte Implantation. In Simonian P, Cole BJ, Bach BR [eds]. Sports Injuries of the Knee, Thieme, NY, NY, pp 51-59, 2006.

12. Freedman K, **Cole BJ:** Meniscus Allograft Transplantation. In Simonian P, Cole BJ, Bach BR [eds]. Sports Injuries of the Knee, Thieme, NY, NY, pp 26-36, 2006.

13. Sellards R, **Cole BJ:** Arthroscopic Debridement of the Knee. In Simonian P, Cole BJ, Bach BR [eds]. Sports Injuries of the Knee, Thieme, NY, NY, pp 37-41, 2006.

14. Flik KR, Lewis P, Kang RW, Cole BJ. Articular Cartilage. In: Johnson and Mair, eds. Clinical Sports Medicine. Philadelphia, PA: Churchill Livingstone, Chapter 49, Pages 505-514, 2006.

15. Gomoll A, **Cole BJ:** Arthroscopic Rotator Interval Closure. In *Minimally Invasive Shoulder and Elbow Surgery*, Levine WN, Blaine TA, Ahmad CS [eds], Marcel-Dekker Publishing, pp 133- 138, New York, NY, 2007.

16. Pylawka T, Kank RW, **Cole BJ:** Articular Cartilage Injuries. In Schepsis AA and Busconi B [eds]. Sports Medicine, Orthopedic Surgery Essentials, pp 418-429, Lippincott & Williams, Philadelphia, Pennsylvania, 2006.

17. Gomoll A, **Cole BJ:** Pectoralis Major Transfer for Scapular Winging. In Zuckerman J [ed], Advanced Reconstruction of the Shoulder, 2005.

18. Fox JA, Cole BJ, Pylawka TK, Romeo AA: Cartilage Injuries in the Shoulder. In Mirzayan R (ed). Cartialge Injury in the Athlete, pp 217-231. Thieme Medical Publishers, New York, NY, 2005..

19. Flik K, Gomoll A, **Cole BJ:** Arthroscopic Rotator Cuff Repair, In Berry DJ and Steinmann SP [eds], Adult Reconstruction, Orthopaedic Surgery Essentials Series, Lippincott, Williams & Wilkins, Philadelphia, Pennsylvania, 2005.

20. **Cole BJ,** Rios CG, Mazzocca AD, Warner JP : Anatomy, Biomechanics, and Pathophysiology of Glenohumeral Instability. In Iannotti JP and Williams GR (eds.). Disorders of the Shoulder: Diagnosis and Management, 2nd Ed, Lippincott-Raven, Philadelphia, Pennsylvania, 2006.

21. Mazzocca AD, Arciero RA, **Cole BJ :** Traumatic Anterior Instability : Arthroscopic Solutions. In Warner JP, Iannotti JP, Flatow EL (eds). Complex and Revision Problems in Shoulder Surgery, Lippincott Williams & Wilkins, NY, New York, pp 1-22, 2006.

22. Lee SJ and **Cole BJ :** Articular Cartilage Injury. In O'Connor FG, Sallis RE, Wilder RP, St. Pierre P (eds). Sports Medicine, Examination and Board Review, McGraw-Hill, NY, New York, 2004

23. Flik KR, Verma N, **Cole BJ**, Bach BR : Articular Cartilage : Structure, Biology and Function. In Williams R [Ed]]. Articular Cartilage Texbook, 2005

24. Lee SJ, **Cole BJ** : Aticular Cartilage Injury. In O'Connor FG, Sallis RE, Wilder RP, Patrick SP (eds). Sports Medicine : Just The Facts. pp 46-55, McGraw-Hill, NY, NY, 2004.

25. Creighton RA, **Cole BJ:** Autologous Osteochondral Transplantation. Backround, Surgical Indications, and Results. In Insall and Scott (eds), Surgery of the Knee (4th ed), Elsevier Publishing, Philadelphia, PA, p 397-404, 2006.

26. Alford, W, **Cole BJ:** Meniscus Allograft Transplantation. In Insall and Scott (eds), Surgery of the Knee (4th ed), Elsevier Publishing, Philadelphia, PA, Chapter 32 p.498-516, 2006.

27. **Cole BJ:** Osteochondritis dissecans of the medial femoral condyle with documented long-term natural history. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

28. **Cole BJ:** Unstable in situ osteochondritis dissecans of the medial femoral condyle treated with arthroscopic fixation of osteochondral fragment followed by hardware removal. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

29. **Cole BJ:** Unstable in situ osteochondritis dissecans of the medial femoral condyle treated with arthroscopic fixation of osteochondral fragment followed by loose body removal. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

30. **Cole BJ:** Concomitant medial meniscus tear and focal chondral defect of the medial femoral condyle treated with medial meniscectomy and microfracture of the medial femoral condyle. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

31. **Cole BJ:** Symptomatic focal chondral defect of the lateral femoral condyle treated with microfracture of the lateral femoral condyle with biopsy for possible future autologous chondrocyte implantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

32. **Cole BJ:** Isolated small grade IV medial femoral condyle chondral lesion treated with primary osteochondral autograft transplantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward

Assessment and Treatment, Springer, New York, NY, 2004.

33. **Cole BJ:** Medial femoral condyle focal chondral defect treated with osteochondral autograft transplantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

34. **Cole BJ:** Lateral femoral condyle defect treated with osteochondral autograft transplantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

35. **Cole BJ:** Focal chondral defect of the medial femoral condyle and patella treated with osteochondral autograft of the medial femoral condyle and microfracture of the patella. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

36. **Cole BJ:** Lateral femoral condyle osteochondritis dissecans treated with fresh osteochondral allograft transplantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

37. **Cole BJ:** Focal chondral defect of the lateral femoral condyle treated with autologous chondrocyte implantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

38. **Cole BJ:** Contained focal chondral defect of the medial femoral condyle treated with autologous chondrocyte implantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

39. **Cole BJ:** Contained focal chondral defect of the medial femoral condyle treated with autologous chondrocyte implantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

40. **Cole BJ:** Osteochondritis dissecans of the medial femoral condyle treated with autologous chondrocyte implantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

41. **Cole BJ:** Osteochondritis dissecans of the lateral femoral condyle treated with autologous chondrocyte implantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

42. **Cole BJ:** Uncontained focal chondral defect of the lateral trochlea treated with autologous chondrocyte implantation and distal realignment. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

43. **Cole BJ:** Failed prior fresh osteochondral allograft of the medial femoral condyle treated with revision fresh osteochondral allograft with medial opening wedge high tibial osteotomy and iliac crest bone graft. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

44. **Cole BJ:** Lateral meniscus deficiency treated with lateral meniscus allograft reconstruction. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

45. **Cole BJ:** Prior medial meniscectomy and focal chondral defect of the medial femora condyle treated with medial meniscus allograft reconstruction with fresh osteochondral autograft transplantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

46. **Cole BJ:** Failed anterior cruciate reconstruction with medial meniscus deficiency treated with revision anterior cruciate ligament reconstruction and medial meniscus allograft reconstruction. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

47. **Cole BJ:** Traumatic patellar instability with focal chondral defect of the patella treated with autologous chondrocyte implantation and distal realignment. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

48. **Cole BJ:** ACL deficiency with symptomatic trochlear and medial femoral condyle chondral lesions treated with ACL reconstruction and autologous chondrocyte implantation. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

49. **Cole BJ:** Focal chondral defect of the medial femoral condyle in a previously meniscectomized knee treated with autologous chondrocyte implantation and medial meniscus allograft. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

50. **Cole BJ:** Focal chondral defect of the lateral femoral condyle , prior lateral meniscectomy and small focal chondral defect of the lateral tibial plateau treated with fresh osteochondral allograft transplant, lateral meniscus transplantation and microfracture of the lateral tibial plateau. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

51. **Cole BJ:** Bipolar focal chondral defects of the patellofemoral joint with patellar instability treated with autologous chondrocyte implantation of the patella and trochlea with distal realignment. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

52. **Cole BJ:** Posttraumatic medial femoral condyle defect, motion loss treated with open release, staged fresh osteochondral allograft transplantation with medial opening-wedge high tibial osteotomy followed by lateral collateral ligament reconstruction. In Cole B and Malek M (eds). Articular Cartilage Lesions: A Practical Guide Toward Assessment and Treatment, Springer, New York, NY, 2004.

53. Sellards R, Stanley R, **Cole B,** Romeo, A: Shoulder: Arthroscopic Treatment of Posterior Instability. In Miller M and Cole BJ (eds). Textbook of Arthroscopy, WB Saunders, Philadelphia, PA, 2004.

54. Verma N, **Cole BJ,** Romeo AA: Arthroscopic Repair of SLAP Lesions. In Miller M and Cole BJ (eds). Textbook of Arthroscopy, WB Saunders, Philadelphia, PA, 2004.

55. Alberta FG, Mazzocca AD, **Cole BJ,** Romeo AA: Arthroscopic Knot Tying. In Miller M and Cole BJ (eds). Textbook of Arthroscopy, WB Saunders, Philadelphia, PA, 2004.

56. Mazzocca AD, **Cole BJ,** Romeo A : Shoulder: Patient Positioning, Portal Placement, and Normal Arthroscopic Anatomy. In Miller M and Cole BJ (eds). Textbook of Arthroscopy. WB Saunders, Philadelphia, PA, 2004.

57. Freedman KB, **Cole BJ:** Autologous Chondrocyte Implantation in the Knee: Operative Technique. In Miller M and Cole BJ (eds). Textbook of Arthroscopy. WB Saunders, Philadelphia, PA, 2004.

58. Freedman KB, Fox J, **Cole BJ:** Knee Cartilage: Diagnosis and Decision Making. In Miller M and Cole BJ (eds). Textbook of Arthroscopy. WB Saunders, Philadelphia, PA, 2004.

59. Freedman KB, **Cole BJ:** Microfracture Technique in the Knee. In Miller M and Cole BJ (eds). Textbook of Arthroscopy. WB Saunders, Philadelphia, PA, 2004.

60. Mazzocca AD, **Cole BJ,** Romeo A: Shoulder: Diagnostic Arthroscopy. In Miller M and Cole BJ (eds). Textbook of Arthroscopy. WB Saunders, Philadelphia, PA, 2004.

61. Freedman K, **Cole BJ,** Farr J: Arthroscopic Meniscus Transplantation: Bridge in Slot Technique. In Miller M and Cole BJ (eds). Textbook of Arthroscopy. WB Saunders, Philadelphia, PA, 2004..

62. Noerdlinger MA, **Cole BJ**, Bach BR: Avascular necrosis and osteochondritis dissecans. In Callaghan JJ and Rosenberg AG (eds.). The Adult Knee, Lippincott Williams and Wilkins, 2002.

63. **Cole BJ**, Katolik LI: Shoulder. In Miller MD, Cooper DE, Warner JJP (eds.). Review of Sports Medicine and Arthroscopy, Second Edition, pp. 142-218, WB Saunders, Philadelphia, Pennsylvania, 2002.

64. **Cole BJ**, Warner JJP: Arthroscopic anterior glenohumeral ligament reconstruction. In Norris TR (ed). Orthopaedic Knowledge Update: Shoulder and Elbow 2. American Academy of Orthopedic Surgeons, Rosemont, IL, 103-115, 2002.

65. **Cole BJ,** Berger R, Brown C, and Rosenberg, A: Surgical Considerations in Osteoarthritis: Lower Extremity Considerations: Knee In Moskowitz (ed). Osteoarthritis, pp 523-546, WB Saunders, Philadelphia, Pennsylvania, 2000.

66. **Cole BJ,** Ernlund L, Fu FH: Soft tissue problems of the knee. In Imbriglia JE and Baratz ME (eds.). Orthopaedic Surgery: The Essentials, Thieme, New York, New York, 541-575, 1999.

67. **Cole BJ,** Warner JJP: Anatomy, biomechanics, and pathophysiology of glenohumeral instability. In Iannotti JP and Williams GR (eds.). Disorders of the Shoulder: Diagnosis and Management, Lippincott-Raven, Philadelphia, Pennsylvania, 207-232, 1999.

68. Mohler D, Lane JM, **Cole BJ**, Weinerman S: Skeletal failure in osteoporosis. In Diagnosis and Management of Pathologic Fractures, Raven Press, New York, New York, 13-36, 1993.