IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL E. DOLAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07-166C |
| | ) | (Judge C.O.C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF ECF FILING TECHNICAL ERROR

Plaintiff-Dolan, attempted but was delayed several hours on August 13, 2007, to file ECF his motion for summary judgment, exhibits, appendix, and proposed findings of fact. The pleadings were due August 13.

During ECF processing an online warning blocked several attachments exceeding the 2 MB limit. Further image compression was not possible. However, after obtaining technical expertise, counsel made adjustments. The pleadings were filed ECF, on August 13 at 10:50 PM (Mountain Standard Time), where counsel resides. The docket entry shows filing after adding the two-hour time difference at 00:50 EST, on August 14.

August 14, 2007

Respectfully submitted,

a/s John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO. 80439

(303) 670-3825