# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PAUL E. DOLAN**, *

Plaintiff, *

v. * No. 07-166C

**THE UNITED STATES,** * (Filed Sept. 4, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On June 13, 2007, in lieu of an answer, defendant filed Defendant's Partial Motion To Dismiss, or, in the Alternative, To Stay Proceedings. After three unopposed extensions of time were granted, plaintiff on August 14, 2007, filed Plaintiff's Motion for Summary Judgment, and Opposition to Defendant's Motions To Dismiss or in the Alternative To Remand with Proposed Findings of Uncontroverted Fact. Thereafter, on August 29, 2007, defendant filed Defendant's Motion To Stay Briefing on Pending Motions To Allow for a Decision on Defendant's Motion for Stay Pending Remand, or, in the Alternative, for an Enlargement of Time To Respond to Plaintiff's Motion [for Summary Judgment]. Plaintiff responded on September 4, 2007, with Plaintiff's Motion for Enlargement of Time To Respond to Defendant's Motion To Stay Briefing, or in the Alternative, Plaintiff's Motion To Strike. After a review of the pleadings, and pursuant to RCFC 7.2(a), the court deems that plaintiff's claim must be evaluated by the Army Board for Correction of Military Records (the "ABCMR"). Accordingly,

**IT IS ORDERED**, as follows:

1. Defendant's motion for a stay is granted; plaintiff's motion to strike is denied; and briefing on all dispositive motions is stayed pending further order of the court.

2. Pursuant to RCFC 52.2, this case is remanded to the ABCMR for a period of 90 days, or to December 3, 2007, in order to allow the Board to address plaintiff's claims for disability benefits in lieu of termination or for any other relief.

3. Defendant shall file a Status Report by November 5, 2007, reporting on the status of proceedings before the ABCMR.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge