# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PAUL E. DOLAN,** *

Plaintiff, *

v. * No. 07-166C

**THE UNITED STATES,** * (Filed Sept. 14, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff having filed on September 13, 2007, Plaintiff's Motion for Reconsideration of the remand order entered on September 4, 2007,

**IT IS ORDERED**, as follows:

1. Pursuant to RCFC 7.2(a) defendant shall file its response pursuant to RCFC 59(b) by September 20, 2007.

2. Plaintiff may file a reply by September 27, 2007.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge