# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PAUL E. DOLAN,** *

Plaintiff, *

v. * No. 07-166C

**THE UNITED STATES,** * (Filed Sept. 21, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to RCFC 7.2(a), the court will rule on Plaintiff's Amended Motion To Disqualify filed on September 17, 2007, without any further briefing by either party.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
**Judge**