# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PAUL E. DOLAN,** *

Plaintiff, *

v. * No. 07-166C

**THE UNITED STATES,** * (Filed Sept. 25, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff filed on September 14, 2007, under RCFC 63, Plaintiff's Motion To Disqualify and on September 17, 2007, Plaintiff's Amended Motion To Disqualify. By order entered on September 21, 2007, the court stated that it would rule without further briefing.

The court has considered carefully plaintiff's allegations. They relate to legal issues that will be addressed by the court in due course. Plaintiff has stated no ground for disqualifying defense counsel, who has made arguments that do not run afoul of RCFC 11. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiff's motion to disqualify, as amended, is denied.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge