# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **PAUL E. DOLAN,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-166C |
| **THE UNITED STATES,** | * | (Filed Oct. 1, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff on September 13, 2007, filed Plaintiff's Motion for Reconsideration of the remand order entered on September 4, 2007. By order of September 14, 2007, the court ordered defendant to respond by September 20, 2007, and plaintiff to file a reply by September 27, 2007. After careful consideration of the briefs, the court denies plaintiff's motion for the reasons stated in defendant's response. Plaintiff's arguments on reconsideration are preserved to the extent applicable to any challenge to the ABCMR's decision on remand. Accordingly,

**IT IS ORDERED**, as follows:

1. Plaintiff's motion for reconsideration is denied.

2. Paragraph 2 of the order entered on September 4, 2007, is modified insofar as the remand shall be effective on October 2, 2007, and the ABCMR's decision shall be filed by January 7, 2008.

3. Paragraph 3 of the order entered on September 4, 2007, is modified insofar as defendant shall file its Status Report by January 14, 2008.

s/ Christine O.C. Miller

______________________________

**Christine Odell Cook Miller**
Judge