IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL E. DOLAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 07-166C |
| v. | ) | (Judge Christine O.C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to this Court's order of October 1, 2007, defendant hereby respectfully submits this status report. On December 17, 2007, the Army Board for Correction of Military Records ("ABCMR") issued a decision denying plaintiff's application for relief for the reasons set forth in detail in the attached opinion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, DC 20530

OF COUNSEL:

MAJOR JERRETT DUNLAP
United States Army Litigation Division
Military Personnel Branch
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tele: (703) 696-1628
Fax: (703) 696-8126

Tele: (202) 616-8254
Fax: (202) 514-8624

January 14, 2008 Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January 2008, a copy of the foregoing "Defendant's Status Report" and attached ABCMR opinion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley
A. BONDURANT ELEY