# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**PAUL E. DOLAN**, *

Plaintiff, *

v. * No. 07-166C

**THE UNITED STATES,** * (Filed Jan. 15, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Defendant on January 14, 2008, filed Defendant's Status Report, attaching a copy of the Army Board for the Correction of Military Records' decision dated December 11, 2007, denying plaintiff's application for relief. Accordingly,

**IT IS ORDERED**, as follows:

1. If plaintiff does not elect to accept the decision, by February 14, 2008, he shall file his motion pursuant to RCFC 56.1.

2. Further briefing will be in accordance with rule.

s/ Christine O.C. Miller

________________________________

**Christine Odell Cook Miller**
Judge