IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL E. DOLAN<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-166C<br>(Judge C.O.C. Miller) |

PLAINTIFF'S UNOPPOSED NOTICE AFTER REMAND

Plaintiff-Dolan, under RCFC 52.2(b)(4), and by this Court's order, hereby provides his notice on the administrative disposition of his claim on remand before the Army Board for Correction of Military Records [ABCMR]. On December 17, 2007, the ABCMR denied his claim, and in the alternative offered other relief on grounds of injustice.

Dolan gives notice that the ABCMR decision in its entirety is not a satisfactory basis to dispose of his claim. Although the Court provided Dolan file a RCFC 56.1, further proceeding are requested in the form of amended complaint. This will assist the parties and Court by narrowing the facts and legal issues in question, and relief demanded. It will also return the parties to their respective positions prior to the remand. The parties for convenience can if they so choose, continue to cite from the existing administrative record as already compiled and filed by Dolan prior to remand (and as supplemented with the 2007 BCMR decision).

Dolan requests that the Court also grant an enlargement of 30 days until 14 March 2008 to file his amended complaint. Good cause exists. Dolan's counsel has been ill from the flu for the past three weeks, and working half days. During this time, counsel had to devote time to file a major brief on February 13 after final extension in Epstein v. Geren, 07-688 (D.D.C.). Then on March 29, must file another a major brief in Millican v. United States, 06-218 (D.D.C). under a briefing schedule. Finally, counsel must file by 20 March an Article 69B UCMJ, court-martial appeal brief within the 2-yea deadline *In Re* Troy Albers. Moreover, Dolan notified his counsel this

week that he will be unavailable to confer with for the next several weeks to attend an out-of-state funeral for a relative, and to assist in deceased's estate matters. If in the event the Court decides to proceed instead on a Rule 56.1 motion schedule, then Dolan requests enlargement of time to 14 April 2008.

Opposing counsel was consulted on this extension and further proceedings, and she does not oppose this motion.

WHEREFORE, under RCFC 52.2, Dolan's respectfully requests that the Court grant a 30-day enlargement of time to file an amended complaint by March 14, 2008.

February 14, 2008

Respectfully submitted

a/s John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen CO. 80439
Counsel for Paul Dolan
(303) 670-3825