**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PAUL E. DOLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-166 |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of twenty-one days, up to and including April 18, 2008, in which to file its response to plaintiff's complaint. An answer or other defensive pleading is currently due on March 28, 2008. Defendant has conferred with plaintiff's counsel regarding this request for enlargement, and plaintiff's counsel does not oppose this motion.

Plaintiff filed his original complaint in this matter on March 13, 2007. In response, defendant filed a partial motion to dismiss, and, in the alternative, a motion to stay proceedings to allow for a remand of the matter to the Army Board for the Correction of Medical Records ("ABCMR"), which had agreed to reconsider his case. The Court granted defendant's motion to stay for remand. Plaintiff has now filed an amended complaint challenging the new decision of the ABCMR. According to Rule 15(a) of the RCFC, defendant has ten days, or until March 28, 2008, to respond to this amended pleading.

The Government plans to respond to Mr. Dolan's amended complaint by filing a motion for judgment upon the administrative record. An extension of time is warranted for that filing so

that defendant's counsel may devote appropriate time to addressing the complexities of Mr. Dolan's amended complaint and still fulfill her responsibilities in other cases. In the upcoming weeks, in addition to working on the motion for judgment in this case, defendant's counsel will travel to take three depositions in New York, defend one deposition in Seattle, file a brief in the Federal Circuit, and argue a motion for summary judgment.

For the foregoing reasons, defendant respectfully requests an extension of time of twenty-one days, up to and including April 18, 2008, to file a motion for judgment on the administrative record in response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 616-8254

Attorneys for Defendant

Dated: March 27, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 27th day of March 2008, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley