**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PAUL E. DOLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-166C |
| | ) | (Judge Christine Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE**
**RECORD ON CD-ROM**

Pursuant to this Court’s Order of April 17, 2008, defendant, the United States, hereby respectfully files the administrative record in this action on CD-Rom.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kenneth Dintzer for s/ Bryant Snee
BRYANT G. SNEE
Assistant Director

s/ A. Bondurant Eley
A. BONDURANT ELEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit

8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-8254
Facsimile: (202) 514-8624

April 18, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on this 18th day of April 2008, a copy of the foregoing "NOTICE OF FILING THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I also hereby certify under penalty of perjury this 18th day of April, 2008, that a paper copy of this Notice of Filing, accompanied by a CD Rom of the administrative record, has been sent via hand delivery to the Clerk's Office, that a printed copy of the administrative record in this case was sent to the attention of Judge Christine Miller via the Clerk's Office, and that a copy of the administrative record on CD-Rom was also sent via Federal Express to plaintiff's counsel at the following address:

John A. Wickham
32975 Saint Moritz Drive
Evergreen, CO 80439-6720

s/ A. Bondurant Eley