IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL E. DOLAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No. 07-166C |
| | ) | (C.O.C.Miller) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant, | ) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE RECORD**

Plaintiff-Dolan moves with consent of opposing counsel for an extension of time of 31 days to June 20th to submit his responsive cross-motion for summary judgment on the administrative record. Dolan's response is currently due Monday, May 19.

Good cause exists to grant this motion. Over the past three weeks counsel was substantially engaged in legal and personal health emergencies. Shortly after defendant filed its brief, counsel was retained to file an emergency appeal and brief (30 pages) by April 31st for an Army officer recommended financially liable for $117,000 in lost equipment (deadline under A.Reg. 735-5). Counsel then incurred several dental problems followed by treatment, then oral maxil-facial surgery for a tooth extraction for an implant.

Secondly, for the next several weeks counsel must file under deadline other legal briefs, and then undergo oral surgery. On May 16 counsel will file a reply brief after extension in Millican v. US 06-1582 (D.D.C.). On May 24 counsel must file a rebuttal brief In re SPC Gregory Pedersen, to a BCMR Advisory Opinion (under Board deadline). On June 2 counsel must also file under a deadline (before officer retires) an appeal of a reprimand before the Department of Army Suitability Evaluation Board. Finally, counsel on June 5 must then undergo the surgery for the dental implant.

WHEREFORE, Dolan respectfully requests that the Court grant his consent motion for an extension of time of 31 days up to June 20, 2008, to submit his responsive cross-motion for summary judgment on the record.

May 14, 2008 Respectfully submitted,

a/s John A. Wickham
Counsel for Plaintiff-Dolan
32975 Saint Moritz Drive
Evergreen CO 80439
303 670-3825