IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL E. DOLAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No. 07-166C |
| | ) | (C.O.C.Miller) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant, | ) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE RECORD**

Plaintiff-Dolan moves with consent of opposing counsel for an extension of time of 45 days to August 4, 2008, to submit his responsive cross-motion for summary judgment on the administrative record. Dolan's response is currently due Friday June 20. Opposing counsel was contacted and she graciously consents.

Extraordinary and unusual cause exists to grant this motion. Last week counsel underwent an EMG and other tests then diagnosed with a repetitive stress injury "cubital tunnel syndrome" with nerve damage and significant loss of muscle strength in the left hand and elbow. Counsel had previously injured this arm/elbow last year but symptoms of numbness/pain worsened due to lack of proper diagnosis, treatment, and recent excessive legal work commitments. Counsel was instructed to cease full-time work for at least 3-4 weeks, begin therapy to avoid further muscle atrophy and extensive surgery (the present motion was dictated). If necessary, counsel will authorize release of this medical information to the Court.[1]

---

[1] Dr. Scott London MD, Neurologist, Lakewood CO, 303 629-5600; primary physician Dr. Ted Villavilencio, Conifer CO 303 816-4904; Dr. Keston of Physiotherapy Associates, Golden CO.

Counsel sincerely regrets this delay in proceedings. He is a sole practitioner, and been left with no choice by health care providers. He is concerned about avoiding a permanent disability and its impact on a law practice, and overall quality of life.

WHEREFORE, Dolan respectfully requests that the Court grant his consent motion for an extension of time of 45 days up to August 4, 2008, to submit his responsive cross-motion for summary judgment on the record.

June 19, 2008 Respectfully submitted,

a/s John A. Wickham
Counsel for Plaintiff-Dolan
32975 Saint Moritz Drive
Evergreen CO 80439
303 670-3825