IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAUL E. DOLAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | No. 07-166C |
| | ) | (C.O.C.Miller) |
| | ) | |
| THE UNITED STATES | ) | |
| | ) | |
| Defendant, | ) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR JUDGMENT ON THE RECORD**

Plaintiff-Dolan moves with consent of opposing counsel for an extension of time of 30 days to September 4, 2008, to submit his responsive cross-motion for summary judgment on the administrative record. Dolan's response is currently due August 4. Opposing counsel was contacted and she graciously consents.

Extraordinary and unusual cause continues to exists to grant this motion. Counsel last reported he was diagnosed with a repetitive stress injury "cubital tunnel syndrome" (and now with partial carpal tunnel syndrome). There is nerve damage and significant loss of muscle strength in the left hand and elbow, pain, and constant numbness. This has worsened. Counsel 2 weeks ago had an adverse reaction from a prescribed anti-inflammatory medication. It eventually caused severe and constant pain in his ulnar nerve, elbow, and forearm. He could no longer use his left arm or hand. It was the 2008 FDA-approved topical gel, Volteran. Counsel on 30 July then had additional cortisone treatments, and started new and twice weekly rehabilitative therapy, and wearing a new arm splint. Treatment is by Dr. Kesten, Red Rocks Rehabilitation/Pain Management Clinic (Physiotherapy Associates) of Golden CO, and Westside Hand Therapy, Lakewood, CO.

In the interim, Counsel has purchased and begun training on "voice-recognition computer software," and ergonomic hardware and furniture. This will let him continue his law practice. This is directed by Dr. Kesten, and paid for by health insurance.

Counsel sincerely regrets this delay in proceedings. He is a sole practitioner, and been left with no choice by health care providers.

WHEREFORE, Dolan respectfully requests that the Court grant his consent motion for an extension of time of 30 days up to September 4, 2008, to submit his responsive cross-motion for summary judgment on the record.

July 31, 2008

Respectfully submitted,

a/s John A. Wickham
Counsel for Plaintiff-Dolan
32975 Saint Moritz Drive
Evergreen CO 80439
303 670-3825